FILED
FEB - 8 2006
NANCY MAYER WHITTINGTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA DISTRICT

LESTER JON RUSTON #26834-177　§　CASE NUMBER  1:06CV00224
P.O. BOX 4000　　　　　　　　　　§
SPRINGFIELD, MISSOURI 65801　　§　JUDGE: Unassigned
　　　　　　　　　　　　　　　　§
　　Plaintiff,　　　　　　　　 §　DECK TYPE: FOIA/Privacy Act
　　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　　§　DATE STAMP: 02/08/2006
　　　　　　　　　　　　　　　　§
JUSTICE DEPARTMENT　　　　　　 §　COMPLAINT
OFFICE OF INFORMATION AND PRIVACY §
FLAG BUILDING, SUITE 570　　　 §　JURY TRIAL DEMANDED
WASHINGTON, D.C. 20530-0001　　§
　　　　　　　　　　　　　　　　§
　　Defendant,　　　　　　　　 §

CASE RE-ASSIGNED
MAR 24 2006
TO: URBINA, J. RMU

PRELIMINARY STATEMENT

This is a complaint and request for relief pursuant to the Freedom of Information and Privacy Act, Title 5 U.S.C. § 552 & 552(a). Plaintiff seeks Judicial Review of the denial of information, pursuant to 5 U.S.C. § 552(a)(4)(B), a claim upon which relief can be granted.

Jurisdiction:

1. The Court has jurisdiction over the Plaintiff's claims as all records sought are in the custody of the Defendants in the D.C. District, pursuant to 28 U.S.C. § 1402(b). Further, the denial of said records occurred in the D.C. District which gives the Court jurisdiction, pursuant to 28 U.S.C. § 1402(b).

2. The Court has supplemental jurisdiction under Title 28 U.S.C. § 1332 "diversity of jurisdiction."

Parties:

3. The Plaintiff is a pre-trial civil detainee, held under an alleged unlawful civil commitment at the Medical Center for Federal Prisoners (see Ruston v. United States, 05-3243-CV-S-RED-P Western District of Missouri, Southern Division). Plaintiff claims waiver of the Prison Litigation Reform Act (PLRA), and has been granted such in Ruston v. United States, Case No. 05-3304-CV-S-RED-P Western District of Missouri, Southern Division (see **Perkins v. Hedrick, 340 F.3d 582 8th Cir. 2003**). Plaintiff is in imminent danger of serious physical injury, and has a contract out on his life, as evidenced by Dallas, Texas Police records.

4. The Justice Department is a governmental sub-division of the executive branch of the United States of America government, and the Bureau of Prisons is a component of the Justice Department, who may be served with process at Office of Information and Privacy, Flag Building, Suite 570, Washington, D.C. 20530-0001.

5. On or about December 21, 2005, the Defendant affirmed the denial of Appeal No. 05-2596 or original request No. 05-6378 to the Bureau of Prisons (see Exhibit "A" attached). Plaintiff challenges this denial with this complaint and civil action.

RECEIVED
JAN 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

5. Defendant has claimed that the information requested is protected from disclosure under the FOIA pursuant to: 5 U.S.C. 552 (b)(2), which concerns matters that are related solely to internal agency practices. Plaintiff challenges this claim. The information requested relates to allegations of criminal violation "alleged" against Dr. Maureen Buriss for violations of Title 18 U.S.C. §§§§ 241, 2, 1113 and 2388. All of these serious allegations require review by the Honorable Court and Plaintiff does seek "Special Counsel", pursuant to Title 5 U.S.C.§ 552(a)(4)(F).

6. Defendant has claimed that the information requested is protected from disclosure under the FOIA pursuant to: 5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties. Plaintiff challenges this claim. The information requested clearly demonstrates a conspiracy to aid and abett the attempted murder of Plaintiff by an unknown African-American male, last known address 4804 Haverwood Lane #826, Dallas, Texas 75287 in May of 2004, among other crimes perpetrated against Plaintiff. Said denial of records is aiding and abetting this crime. Further, a "Dr." Maureen Buriss is falsely claiming these easily substantiated N.C.I.C. records and 9-11 records are a "delusion", which constitutes fraud and medical malpractice. The California Board of Licensing offers no "unwarranted invasion of the personal privacy of third parties" to Doctors enaged in medical malpractice. Further, the Plaintiff is the victim of a serious crime that the Defendant is aiding and abetting. No one engaged in organized crime has an expectation of "personal privacy" from prosecution under the United States Federal Codes Annotated.

7  Defendant has claimed that the information requested is protected from disclosure under the FOIA pursuant to: 5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to endanger the life or personal safety of an individual. The Plaintiff has a right to said records to prove violations of Federal Laws to **protect his own life.** A "Dr." Maureen Buriss is claiming "delusions" to deny Plaintiff his Constitutional rights which is an alleged violation of Title 18 U.S.C. § 241 and 2. Buriss is also conspiring to obstruct recruiting for the U.S. Navy by making false statements and filing false documents, in alleged violation of Title 18 U.S.C. § 2388. The Court has a duty to investigate and determine this allegation, pursuant to its oath under Title 18 U.S.C. § 453 and according to Title 18 U.S.C. § 2382.

Claims For Relief:

8. Plaintiff files this claim for Judicial Review, pursuant to 5 U.S.C. § 552(a)(4)(B) and for consideration of "Special Counsel" pursuant to 5 U.S.C. § 552(a)(4)(F).

Relief Requested:

Wherefore, premises considered, Plaintiff requests that the Court grant the following relief:

A. Order an "in camera" review of said material.

B. Appoint "Special Counsel" pursuant to 5 U.S.C. § 552(a)(4)(F) to investigate all allegations of criminal wrongdoing and obstruction of justice.

C. Order all documents to be provided to the Plaintiff.

D. Award all costs to the Plaintiff

F. Award $1,000.00 in damages for all of Plaintiff's legal time in the adjudication of this litigation.

G. Grant such further relief as it may appear that Plaintiff is entitled to.

                                    Respectfully Submitted,

                                    Lester Jon Ruston #26834-177
                                    P.O. Box 4000
                                    Springfield, Missouri 65801-4000

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served upon the clerk of the court on this 23rd day of January, 2006, by regular U.S. Mail. Plaintiff is an indigent pre-trial detainee, and does hereby request assistance with service as such.

                                    Lester Jon Ruston

## AFFIDAVIT OF LESTER JON RUSTON

My name is Lester Jon Ruston, I am the Plaintiff in the above styled complaint and do state under penalty of law that all of the information contained herein is true and correct, to the best of my knowledge, State of Texas and Federal Records, sworn to under penalty of law with Affiant's signature affixed, pursuant to Title 28 U.S.C. § 1746.

                                    Lester Jon Ruston 1-18-06   Declarant