IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA DISTRICT

**FILED**

FEB - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil No. **06 0224** |
| UNITED STATES JUSTICE DEPARTMENT, | § | |
| Defendant, | § | |

### MOTION TO PROCEED IN FORMA PAUPERIS

Comes now, Plaintiff, Lester Jon Ruston, and does file this, his Motion to Proceed in Forma Pauperis, and would show the Honorable Court as follows:

I.

That the Plaintiff is an indigent pre-trial detainee. Plaintiff has been granted I.F.P. status by the Honorable Judge Robertson in Civil Action 05-2314-RMU (see Exhibit "A" attached). Plaintiff has been detained for 19½ months, and remains an indigent inmate, and does provide a copy of his inmate trust account (Exhibit "B" attached).

Wherefore, premises considered, Plaintiff does move the Honorable Court to GRANT this Motion, and allow the Plaintiff to proceed In Forma Pauperis.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801-4000

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 23rd day of January, 2006, by regular U.S. Mail.

Lester Jon Ruston

**RECEIVED**

JAN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Thursday, December 01, 2005

Civil Action#: 052314 - RMU
Plaintiff: LESTER J. RUSTON

DEAR LESTER J. RUSTON

In the above entitled case, please be advised that on 11/29/05, Judge Robertson endorsed theron as follows:

"Leave to file without prepayment of costs granted."

As a result of the Judge's ruling, your case has been assigned to Judge Urbina. All subsequent correspondence or pleadings must bear the civil action number referred to above, followed by the initials of the Judge assigned to your case.

NANCY MAYER-WHITTINGTON, CLERK
By: Mrs. M. Higgins

06 0224
FILED
FEB - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 26854-177 | Current Institution: | Springfield MCFP |
| Inmate Name: | RUSTON, LESTER | Housing Unit: | MHU-FOR |
| Report Date: | 01/18/2006 | Living Quarters: | F01-208L |
| Report Time: | 12:38:15 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9579 |
| FRP Participation Status: | Unassigned |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 10/12/2004 |
| Local Account Activation Date: | 5/27/2005 3:51:40 AM |
| Sort Codes: | |
| Last Account Update: | 1/13/2006 2:08:54 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

### Account Balances

| | |
|---|---|
| Account Balance: | $0.14 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.14 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.14 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.14 |
| Inmate Qualifies for OTC Medication | |

06 0224

FILED

FEB - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: No Comm Sales

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments: