UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON, | § |
|     Plaintiff, | § |
| v. | §  Civil Action No. 06-0224 RMU |
| JUSTICE DEPARTMENT, | § |
|     Defendant, | § |

PLAINTIFF'S RESPONSE TO COURT'S ORDER

Comes now, Plaintiff, Lester Jon Ruston, and does file this, his Response to the Court's 2/2/06 "Order", and would show as follows:

I.

On or about February 2, 2006, the Honorable Court issued an "Order" stating that the Plaintiff should provide a copy of his inmate "trust" account, pursuant to Title 28 U.S.C. § 1915. Plaintiff does hereby provide this copy of his inmate trust account for the Honorable Court, pursuant to the Honorable Court's "Order" Exhibit "A" attached, two pages.

Wherefore, premises considered, Plaintiff does move the Honorable Court to accept this Response, and allow Plaintiff to proceed informa pauperis, pursuant to Title 28 U.S.C. § 1915.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801-4000

CERTIFICATE OF SERVICE

A true and correct copy of the following document with attached Exhibit was provided to the clerk of the court on this 25th day of February, 2006, by regular U.S. Mail, pursuant to Rule 5 Fed.R.Civ.Pro. Plaintiff is an indigent civil detainee and does hereby request assistance with service as such.

Les J. Ruston

# Inmate Inquiry

| | |
|---|---|
| Inmate Reg #: 26834177 | Current Institution: Springfield MCFP |
| Inmate Name: RUSTON, LESTER | Housing Unit: MHU-FOR |
| Report Date: 02/22/2006 | Living Quarters: G01-210L |
| Report Time: 12:38:45 PM | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9579 |
| PAC #: | |
| FRP Participation Status: | Unassigned |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 10/12/2004 |
| Local Account Activation Date: | 5/27/2005 3:51:40 AM |
| Sort Codes: | |
| Last Account Update: | 2/17/2006 3:28:25 PM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.14 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.14 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.14 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.14 |

Inmate Qualifies for OTC Medication

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: No Comm Sales

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|
| OTC MEDICATIONS | Limited List | 2/17/2006 | 12/31/3000 | SPG7511 | Yes |

## Comments

Comments: