UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LESTER JON RUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-224 |
| ) | |
| JUSTICE DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis*. Plaintiff states that he is a civil detainee who currently is held at the Federal Medical Center in Springfield, Missouri. See Compl. ¶ 3. He therefore is not subject to the Prison Litigation Reform Act's provisions, see 28 U.S.C. § 1915, requiring prisoners to pay the filing fee in full. See *Michau v. Charleston County, S.C.*, 434 F.3d 725, 727 (4th Cir. 2006) (person held in civil detention under South Carolina's Sexually Violent Predator Act is not a "prisoner" for purposes of the PLRA); *Perkins v. Hedricks*, 340 F.3d 582, 583 (8th Cir. 2003); *Troville v. Venz*, 303 F.3d 1256, 1260 (11th Cir. 2002). Review of his motion shows that plaintiff otherwise qualifies as indigent.

Accordingly, it is hereby

ORDERED that the Court's February 8, 2006 Order directing plaintiff to submit a certified copy of his prison trust fund account statement [#3] is VACATED, and it is further

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED.

SO ORDERED.

/s/ Henry Kennedy
United States District Judge

DATE: 3/6/06