UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00224 (RMU) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

ANSWER

Defendant, by its undersigned attorneys, answers the unnumbered and numbered paragraphs of the complaint as follows:

First unnumbered paragraph. This paragraph is plaintiff's characterization of his case, as to which no answer is required.

First numbered Paragraph (¶). Denied, except that it is admitted that this Court has jurisdiction over this Freedom of Information Act (FOIA) case.

¶ 2. Denied.

¶ 3. Denied, except that it is admitted that plaintiff is a federal inmate, currently held at the United States Medical Center for Federal Prisoners in Springfield, Missouri.

¶ 4. It is admitted that the Department of Justice is an agency of the federal government and that the Bureau of Prisons is a component of the Department of Justice.

¶ 4 (second paragraph denominated as 4 in the complaint). It is admitted that the Office of Information and Privacy, Department of Justice, affirmed the Bureau of Prisons' action on the plaintiff's FOIA request.

¶ 5. Denied, except that it is admitted that material responsive to plaintiff's FOIA request

was withheld from production to plaintiff under 5 U.S.C. § 552(b)(2), which permits the withholding of matters that are solely related to internal agency practice, and that plaintiff challenges this withholding.

¶ 6. Denied, except that it is admitted that material responsive to plaintiff's FOIA request was withheld from plaintiff pursuant to 5 U.S.C. § 552(b)(7)(C), which permits the withholding of records or information compiled for law enforcement purposes where the release of this material could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties, and that plaintiff challenges this withholding.

¶ 7. Denied, except that it is admitted that material responsive to plaintiff's FOIA request was withheld from production to plaintiff under 5 U.S.C. § 552(b)(7)(F), which permits the withholding of information compiled for law enforcement purposes where, the release of the information could reasonably be expected to endanger the life or personal safety of an individual.

¶ 8. This paragraph is plaintiff's claim for relief, and it is denied that plaintiff is entitled to any relief.

All allegations not expressly admitted or denied are denied.

WHEREFORE, defendant requests this Court to deny the plaintiff all relief requested, dismiss the complaint with prejudice, grant defendant such other relief as the Court deems appropriate, and award defendant the costs of this action.

    Respectfully submitted,

    KENNETH L. WAINSTEIN, DC Bar # 451058
    United States Attorney

    RUDOLPH CONTRERAS, DC Bar # 434122
    Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing answer to be served by first-class mail, postage prepaid, this 1st day of May, 2006, on:

>Lester J. Ruston
># 26834-177
>P.O. Box 4000
>Springfield, Missouri 65801

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201