UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-00224 (RMU) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby moves for an extension of time, to June 22, 2006, for defendant to respond to plaintiff's motion for summary judgment and to file a cross-motion for summary judgment in this Freedom of Information Act case. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not attempted to contact plaintiff, who is pro se, to determine his position on this motion, due to the difficulties involved in contacting federal prisoners.[1] Undersigned counsel received electronic notice of the filing of plaintiff's motion for summary judgment on May 16; this office has yet to receive the paper copy of the motion, which may be being delayed by the anthrax mail protection procedures.

The plaintiff in this case is currently undergoing psychiatric evaluation in connection with his arrest for making threats against a federal magistrate judge. He is seeking information that relates to this evaluation, and he has now filed a motion for summary judgment. Defendant intends

---

1. Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

to file a cross-motion for summary judgment, but additional time is needed to prepare the moving the papers and the supporting declaration or declarations. Consequently, defendant seeks an extension of time to June 22, 2006, to respond to the motion for summary judgment and cross move for summary judgment in favor of defendant.

    Attached is a draft motion that reflects the requested relief.

                  Respectfully submitted,

                  KENNETH L. WAINSTEIN, D.C. Bar #451058
                  United States Attorney

                  RUDOLPH CONTRERAS, DC Bar #434122
                  Assistant United States Attorney
                            /s/
                  FRED E. HAYNES, DC Bar #165654
                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00224 (RMU) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

Upon consideration of the motion by defendant for an enlargement of time to respond to plaintiff's motion for summary judgment and to file defendant's cross-motion for summary judgment, it is this _____ day of _____, 2006,

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to and including June 22, 2006, to respond to plaintiff's motion for summary judgment and to file its cross-motion for summary judgment.

UNITED STATES DISTRICT JUDGE

Copies to plaintiff and counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for extension of time to be served by first-class mail, postage prepaid, this 23rd day of May, 2006, on:

>Lester J. Ruston
># 26834-177
>P.O. Box 4000
>Springfield, Missouri 65801

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201