FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19 PM 4:16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESTER JON RUSTON | CIVIL ACTION |
| VERSUS | NO. 06-1871 |
| CAROLINE DINEEN KING, E. GRADY JOLLY | SECTION "F" (5) |

### ORDER AND REASONS

Plaintiff, Lester Jon Ruston, proceeding pro se, is an inmate confined in the Medical Center for Federal Prisoners. He is a serial filer of lawsuits. He has filed at least 49 cases for habeas relief and civil rights actions in various states, with the majority being filed in Texas and Missouri. In this latest complaint, plaintiff alleges that defendants aided and abetted organized crime in Texas and conspired to harm him.

With his complaint, Ruston filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, a non-dispositive pretrial matter which was referred to the undersigned magistrate judge pursuant to Local Rule 72.1E(b)(1) and 28 U.S.C. § 636(b).


EXHIBIT A

Fee ____
Process ____
X Dktd ____
✓ CtRmDep ____
__ Doc. No ____

The Prison Litigation Reform Act ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321, signed into law on April 26, 1996, now codified at 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to 28 U.S.C. § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on grounds that it was frivolous, malicious, or failed to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

The court's records establish that Ruston has filed at least three civil complaints, in the Northern District of Texas, Dallas Division, alone, that have been dismissed as frivolous and/or for failure to state a claim.[1] Despite being placed on notice that he is barred by the three-strike rule pursuant to § 1915(g), Ruston continued to file frivolous lawsuits. Because he has continued to bombard the courts with frivolous lawsuits, the Eastern District of Texas, Sherman Division, and the Northern District of Texas, Dallas Division (and likely others), have barred Ruston from filing any further suits that are not accompanied by the required filing fee.[2]

---

[1] See Ruston v. Continental Motel, et al., No. 02-2349-N (N.D. Tx.) (notifying plaintiff that he is barred by the three-strike rule under § 1915(g)).

[2] See Ruston v. U.S. District Judge Paul Brown, No. 06-90 (E.D. Tx.); Ruston v. Dallas County Sheriff's Department, et al., No. 04-1517-K (N.D. Tx.).

Ruston's current claims do not involve imminent danger to his physical safety. He therefore is not entitled to proceed as a pauper pursuant to the provisions of the PLRA. Accordingly,

For all of the foregoing reasons, **IT IS ORDERED** that Ruston's application to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g) because he has previously filed three or more cases that have been dismissed as frivolous or for failure to state a claim.

New Orleans, Louisiana, this 18 day of April, 2006.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE