IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| PLAINTIFF, | § | |
| VS. | § | CIVIL ACTION NO. 06-0224 |
| DEPARTMENT OF JUSTICE, | § | |
| DEFENDANT, | § | |

**PLAINTIFF'S ANSWER AND EXCEPTIONS TO DEFENDANT'S MOTION TO VACATE THE ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS STATUS AND MOTION FOR SANCTIONS AGAINST DEFENDANT RULE 11**

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Answer and Exceptions to Defendant's Motion to Vacate the Order Granting Plaintiff In Forma Pauperis Status and Motion for Sanctions, pursuant to Rule 11 Fed.R.Civ.Pro., and would show the Honorable Court as follows:

I.

On or about May 25, 2006, the Defendant filed a Motion to Vacate the Order Granting Plaintiff In Forma Pauperis status, which is fraudulent and frivolous, and was designed with malice to aid and abett the attempted murder of the Plaintiff in May of 2004, and the Spring of 2003, in alleged criminal violation of both Title 18 U.S.C. §§ 3 & 4, to which Plaintiff seeks judicial notice and sanctions with this filing.

II.

Plaintiff has filed for records from a "Dr." Maureen Buriss, who has committed fraud, on public record, to aid and abett Federal crimes, certainly not the normal government operations, which is why Congress wrote Title 5 U.S.C. § 552 & 552(a), to keep the "general public" informed. Due to the allegations of fraud against "Dr." Maureen Buriss, Plaintiff is in imminent danger of serious physical harm, which is public record in U.S. v. Ruston, 3:04-CR-191-G, which the Defendant's did willfully suppress from their Motion to the Court, to continue a pattern of obstruction of justice to this Honorable Court (see also Ruston v. ATF, 05-2314 RMU).

III.

Title 28 U.S.C. § 1915(g) clearly states that a prisoner, who alleges imminent danger and can substantiate such, which the Plaintiff **has in public record**, can proceed I.F.P. see **Banos v. O' Guin, 144 F.3d 883, 884 (5th Cir. 1998)**, which the Defendant has also suppressed from their filing, which is clearly designed to stall and obstruct justice, further justification for both sanctions and "special counsel" as requested in this very "competent" complaint and Motion for Summary Judgment. The Federal Courts have clearly ruled that "forced medication", amounts to "battery" in the matter **Bee v. Greaves, 744 F.2d 1387**, which is "public record" in the Rule 60(b) Motion for Rehearing in the matter Ruston v. King, 06-1871 Eastern District of Louisiana, which the Defendant did also willfully suppress from this Honorable Court.

IV.

Further, Plaintiff is a **civil** detainee, held pursuant to Title 18 U.S.C. § 4241(d), in the custody of the Attorney General, and is not subject to the provisions of the Prison Litigation Reform Act, as clearly ruled in **Perkins v. Hedrick, 340 F.3d 583 8th Cir. 2003 and Ruston v. Fish, 06-3077-cv-S-RED-P (see also Ruston v. Missouri Board of Healing Arts 06-3120-CV-S-RED-P) Western District of Missouri, Southern Division.** The 5th Circuit is clearly in error for their failure to honor their own holdings in **Banos v. O' Guin, 144 F.3d 883, 884 (5th Circuit 1998)**, which clearly applies to the Plaintiff, and is currently before the 5th Circuit in multiple filings by the Plaintiff, including **IN RE RUSTON 05-11803 5th Cir. Jan. 2006**, a very "competent" Petition for a Writ of Mandamus seeking an order of disqualification for all Judges of the Northern District of Texas, Dallas Division, due to their obvious insanity and criminal behavior, which was proven to the D.C. District Judges, on record, in Ruston v. Secret Service, 06-0040. The Dallas Judges committed fraud as soon as this case was transferred to them, which is now "public record" in Ruston v. United States, 3:06-CV-238-L, as Jane J. Boyle was recused and the matter was "ordered" re-opened, due to the fraud committed by judicial officers, as witnessed by the Honorable Judge Kotelly [~~Kelly~~] of the D.C. District, a honest and very "competent" jurist. All of these easily substantiated "facts" have been willfully

suppressed from this Honorable Court, to continue the obstruction of justice which is the obvious "modus operandi" of the Defendant. Plaintiff would move this Honorable Court to issue Sanctions against counsel for the Defense, due to this "fact".

Wherefore, premises considered, Plaintiff does file this Answer and these Exceptions to this Honorable Court, and does move the Honorable Court to take judicial notice and to allow Plaintiff to proceed in this matter as already "ordered". Further, Plaintiff does move this Honorable Court to issue Sanctions against the counsel for the Defendants, pursuant to Rule 11 Fed.R.Civ.Pro., and Plaintiff has served a Rule 11 Letter to counsel, along with copies of this filing.

Respectfully Submitted,

Lester Jon Ruston #26834-177  
P.O. Box 9000  
Seagoville, Texas 75159

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 8th day of June, 2006, by regular U.S. Mail, with one copy and a Rule 11 letter served upon counsel for the Defense at the address listed below, pursuant to Rule 11 and 5 Fed.R.Civ.Pro.

_____  
Lester Jon Ruston

Fred E. Haynes, D.C. Bar #165654  
Assistant United States Attorney  
555 4th Street, N.W. Room E-4110  
Washington, D.C. 20530

May 3, 2006

Fred E. Haynes, D.C. Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Dear Sir,

Pursuant to Rule 11 Fed.R.Civ.Pro., let this letter serve as my notice for you to cease and desist any further frivilous filings to the court in the matter Ruston.v. Justice Department, 06-0224.

The information requested clearly has evidentiary value in criminal charges against Maureen Buriss, who is a shameless and lying fraud. She has committed Misprision of a Felony, on public record, which is not the "normal government operations" of the Justice Department, as you should well know.

Further, Buriss is alleged to have violated 18 U.S.C. § 241, conspiracy against my due process rights and "confrontation" rights, 18 U.S.C. § 242, deprivation of rights under color of law, 18 U.S.C. § 1623, false declaration before a court, and, most notably, aiding and abetting a conspiracy to commit attempted murder after the fact, under Title 18 U.S.C. § 3.

You know have knowledge, as you have all along, which is your "motive" for this blatant attempt to obstruct justice.

I shall seek all remedies at law against you, pursuant to my statutory rights, particularly "special counsel", which is part of my request for relief.

You are now "on notice". Please discontinue your practice of obstruction of justice for that filthy, lying lesbian in Los Angeles. I have filed a "Bivens" action against her in the Central District of Los Angeles, and have contacted Senator Feinstein, of the Senate Judiciary Committee in seeking the refocation of Buriss' medical license, and will seek criminal charges against her.

I have also contacted California Congresswoman Jane Harman, and briefed the House Select Committee on Intelligence, as I was actively "recruiting" for the U.S. Navy when these murder attempts were made, which you and Buriss are attempting to obstruct with that continued fraudulent filings. Further, I was investigating two kidnapping cases, one that resulted in the murder by decapitation of the victim. You sir, are obstructing both investigations, along with these moron criminal "judicial officers" in Dallas, but not for very much longer.

Very Disrespectfully Yours,


Les J. Ruston #26834-177
a.k.a. "The Bruce"
P.O. Box 9000
Seagoville, Texas 75159


cc District Court exhibit "A" Ruston v. Justice Department 06-0224