UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LESTER JON RUSTON, §
    Plaintiff, §
vs. §   Civil Action No. 06-00224(RMU)
DEPARTMENT OF JUSTICE, §
    Defendant, §

### ANSWER AND EXCEPTIONS TO EMERGENCY MOTION TO STAY FURTHER PROCEEDINGS IN THIS CASE PENDING RESOLUTION OF DEFENDANT'S MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Answer and Exceptions to the Motion to Stay Further Proceedings in this Case Pending Resolution of Defendant's Motion to Revoke Plaintiff's I.F.P. Status, and would show as follows:

I.

Defendant's Motion is frivilous, and was filed specifically to obstruct justice in this matter, in violation of Rule 11 Fed.R.Civ.P. The Defendant's are aiding and abetting fraud by a "Dr." Maureen Buriss, which is an alleged criminal violation of Title 18 U.S.C. § 3, which is not the "normal government operations" of the Department of Justice, but a Federal crime, which justifies the Plaintiff's request for Sanctions and for Special Counsel to investigate this conspiracy. Buriss has allegedly violated multiple Federal laws, including "torture", Title 18 U.S.C. § 2340, which the Defendant is aiding and abetting with this frivolous filing meant only to harass the Plaintiff and insult the rulings of multiple Federal Courts. The Plaintiff is not subject to the Prison Litigation Reform Act, as already ruled in this case, and is in "imminent danger of serious physical harm", by "forced" medication, which amounts to battery, as clearly held in <u>Bee v. Greaves</u>, 744 F.2d 1387. The Court's ruled in <u>Banos v. O'Guin</u>, 144 F.3d 883, 884 (5th Cir. 1998) that an inmate can proceed I.F.P., pursuant to Title 28 U.S.C. § 1915(g) when he alleges and can prove "imminent danger". Plaintiff's proof of "imminent danger" is "public record", which the Defendant suppressed from this Court. Plaintiff moves this Court to issue sanctions.

Wherefore, premises considered, Plaintiff does file this Answer and these Exceptions, and does provide this Honorable Court with this proposed "order", denying Defendant's frivilous motions. Further, Plaintiff has served a Rule 11 letter on the Defendants, for these frivilous and obstructionist filings, and does move this Honorable Court to issue sanctions against the Defendant, pursuant to Rule 11 Fed.R.Civ.P.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 11th day of June, 2006, by regular U.S. Mail.

Les J. Ruston

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
|    Plaintiff, | § | |
| vs. | § | Civil Action No. 06-00224 RMU |
| DEPARTMENT OF JUSTICE, | § | |
|    Defendant, | § | |

ORDER

Upon consideration of Defendant's Motion to stay further proceedings in this case, and Plaintiff's Answer and Exceptions and cases cited, and Defendant's motion to revoke I.F.P. status along with Plaintiff's Answer and Exceptions, and cases cited, it is the opinion of this Honorable Court that these motions are frivolous and are therefore denied on this _____ day of _____, 2006.

ORDERED that motion to stay and motion to revoke are hereby denied.

_____
UNITED STATES DISTRICT JUDGE