UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER J. RUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-00224 (RMU) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT AND IN RESPONSE TO HIS
STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

This memorandum responds to plaintiff's motion for summary judgment, a motion that

contains plaintiff's seven paragraph statement of material facts not in genuine dispute and his

argument for the grant of summary judgment.  Defendant has filed its own motion for summary

judgment, a motion that shows that plaintiff is not entitled to relief under the Freedom of

Information Act.

Response To Plaintiff's Statement Of Material Facts

Paragraph (¶) 1.  It is admitted that plaintiff filed in June 2005 a Freedom of Information

Act ("FOIA") request with the Bureau of Prisons ("BOP") for records relating to a psycho-

logical examination of plaintiff that was conducted by Dr. Maureen Burris.

¶ 2.  It is admitted that the FOIA request was received by BOP and that it was assigned

request number 2005-06378.

¶ 3.  Plaintiff states that defendant denied the request, but this is only partially accurate.

Two documents were released but four documents were withheld .  See declaration of Daryl J.

Kosiak, Exhibit A to defendant's motion for summary judgment, at ¶ 10.  It is admitted that

plaintiff filed an appeal that was assigned appeal number 05-2596.

¶ 4.  It is admitted that by a letter dated December 21, 2005, the Office of Information

and Privacy of the Department of Justice affirmed the denial of the release of the four

documents to plaintiff.

¶ 5.  It is admitted that plaintiff filed this lawsuit in February 2006.

¶ 6.  It is admitted that on May 1, 2006, defendant answered the complaint, but it is

denied that the answer confirmed all the allegations of the complaint.  <u>See</u> answer to the

complaint.

<u>Opposition To The Motion For Summary Judgment</u>

The substance of plaintiff's motion for summary judgment is that the defendant has been

engaged in "stalking" plaintiff and in attempting to murder him.  He alleges that a United States

Magistrate Judge, the one whom he threatened to kill, has been involved in the conspiracy to

stalk and murder him.  He asserts that the doctor who conducted his mental competency

examination was in a conspiracy with the lawyer who represented him.  No evidence in support

for these allegations is offered, except his own bare declaration that these are true facts.

<u>Conclusion</u>

For the reasons set forth in defendant's motion for summary judgment and because

plaintiff has failed to offer any evidentiary support for his allegations, plaintiff's motion for

summary judgment should be denied.

Attached is a draft motion that reflects the requested relief.

Respectfully submitted,

KENNETH L. WAINSTEIN,D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
                    /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00224 (RMU) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

<u>ORDER</u>

Upon consideration of the motion by plaintiff for summary judgment and the opposition

thereto filed by defendant, it is this _____ day of _____, 2006,

ORDERED that plaintiff's motion for summary judgment is denied.

UNITED STATES DISTRICT JUDGE

Copies to plaintiff and counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing memorandum in opposition to

plaintiff's motion for summary judgment and in response to his statement of material facts not

in genuine dispute to be served by first-class mail, postage prepaid, this 22nd day of June, 2006,

on:

        Lester J. Ruston
        # 26834-177
        P.O. Box 4000
        Springfield, Missouri 65801


                /s/
        Fred E. Haynes, D.C. Bar # 165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        (202) 514-7201