UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00224 (RMU) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF IN CAMERA DECLARATION

In this Freedom of Information Act case, defendant is today sending to the Court's chambers, for its in camera review, a declaration that supports the applicability of Exemption 7(F) (withholding of information to protect physical safety) to this case.

Respectfully submitted,

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing notice of in camera declaration to be served by first-class mail, postage prepaid, this 23rd day of June, 2006, on:

Lester J. Ruston
# 26834-177
P.O. Box 4000
Springfield, Missouri 65801

/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201