UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER J. RUSTON,                    )
                                     )
            Plaintiff,               )
                                     )
        v.                           )  Civil Action No. 06-00224 (RMU)
                                     )
DEPARTMENT OF JUSTICE,               )
                                     )
            Defendant.               )
_____    )

MOTION  TO WITHDRAW TWO MOTIONS

This motion is filed by defendant to withdraw two motions filed on May 26, 2006, which

are docket entries 14 and 15, thereby mooting plaintiff's motion for sanctions.  The first of the

two motions was a motion to stay further proceedings pending resolution of the second motion,

a motion that sought to revoke plaintiff's in forma pauperis status.  As explained in defendant's

opposition to the motion for sanctions, the motion to revoke, due to an inadvertent error, did not

address the earlier conclusion by the Court that plaintiff was a civil detainee not subject to the

Prison Litigation Reform Act.  The Court's conclusion that plaintiff was a civil detainee was

based on plaintiff's characterization of himself in the complaint as a civil detainee.

Plaintiff's motion for sanctions states that he has sent undersigned counsel a twenty-one

day letter under Fed. R. Civ. P. 11, a letter that undersigned counsel has not yet received.  To

avoid further expenditure of resources on this issue, defendant hereby files this motion to

withdraw the motions that are docket entries 14 and 15.  This moots the motion for sanctions.

Defendant is in the process of preparing a new motion to revoke plaintiff's in forma pauperis

status.  That motion will address in detail the issue of whether plaintiff should be characterized

as a federal prisoner for purposes of the Prison Litigation Reform Act or whether he is, as he

claims, a civil detainee.

      For the reasons set forth above, the motion should be granted.  Attached is a draft order

reflecting the requested relief.

                  Respectfully submitted,

                  KENNETH L. WAINSTEIN,D.C. Bar #451058
                  United States Attorney

                  RUDOLPH CONTRERAS, DC Bar #434122
                  Assistant United States Attorney
                            /s/
                  FRED E. HAYNES, DC Bar #165654
                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER J. RUSTON,                          )
                                           )
              Plaintiff,                   )
                                           )
       v.                                  )  Civil Action No. 06-00224 (RMU)
                                           )
DEPARTMENT OF JUSTICE,                     )
                                           )
              Defendant.                   )
_____           )

<u>ORDER</u>

Upon consideration of defendant's motion to withdraw the motions that are docket

entries 14 and 15 and the entire record in this case, it is hereby

ORDERED that the motion is granted and the motions that are docket entries 14 and 15

are withdrawn .

UNITED STATES DISTRICT JUDGE

Copies to plaintiff and counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion to withdraw two motions to

be served by first-class mail, postage prepaid, this 23rd  day of June, 2006, on:

Lester J. Ruston
# 26834-177
P.O. Box 4000
Springfield, Missouri 65801


/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201