UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER J. RUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-00224 (RMU) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF FILING OF LETTER
FROM PEARSON ASSESSMENTS

Attached hereto is a letter from Pearson Associates, the exclusive licensee for

distribution of the Minnesota Multiphasic Personality Inventory - 2.  The letter explains that the

MMPI-2 material sought by the Freedom of Information Act request in this case is protected by

trade secret and copyright law.  Accordingly, Pearson Associates takes the position that this

material is protected from disclosure under 5 U.S.C. § 552(b)(4), the exemption from disclosure

under the FOIA of trade secrets and confidential commercial information.  As explained in

defendant's motion for summary judgment, the Court is obligated to join the copyright holders

of the psychological tests as parties before ruling on defendant's assertion of Exemption (b)(4)

(trade secrets and confidential commercial information) as to these materials.

Respectfully submitted,


/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing notice of filing of letter from

Pearson Associates to be served by first-class mail, postage prepaid, this 10th  day of July, 2006,

on:

Lester J. Ruston
# 26834-177
P.O. Box 4000
Springfield, Missouri 65801


/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201