

June 22, 2006

Alicia Vasquez, Esq.
US Department of Justice
Federal Bureau of Prisions
North Central Regional Office
Tower II, 8th Floor, 400 Suite
Kansas City, KS 66101

      RE:    FOIA Demand for Release of copy of MMPI-2™ (Minnesota Multiphasic
                  Personality Inventory -2™) extended score report.

Dear Ms. Vasquez:

We have been advised that the Federal Bureau of Prisons has received a request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq*. Said request would require the release of a trade secret and copyright protected MMPI-2 Extended Score report which is contained within an inmate's file. NCS Pearson, Inc. a Minnesota Corporation, (through its Pearson Assessments business unit) is an exclusive licensee for distribution of the MMPI-2 test. I am writing to set forth NCS Pearson's position vis a vis the requested release of these restricted trade secret and copyright protected materials.

Psychological testing materials, software, and the resulting reports distributed by NCS Pearson (formerly National Computer Systems) are clearly marked and **protected by copyright and trade secret law. We believe and assert that, pursuant to clause 5 U.S.C. § 552 (b)(4) in FOIA, these materials are exempt form release in response to a FOIA demand.** They are distributed only to those individuals who satisfy the requirements of our qualification policy (I have attached a copy of the qualifications policy to this letter and the contractual terms for the sale and use of the test) and agree to abide by, and use the testing materials in accordance with, the Ethical Standards and the Standards for Educational and Psychological Tests set forth by the American Psychological Association. We have established these policies for the purpose of safeguarding the integrity of these testing materials and assuring their proper use.

The requested are protected by trade secret and copyright law. In the case of the MMPI-2 test, the copyright is owned by the University of Minnesota. NCS Pearson does not waive its trade secret protection. The copyright protection accorded to the test has been upheld in Federal Court (See. Applied Innovations, Inc. v. Regents of the University of Minnesota and National Computer Systems, Inc., (emphasis added).876 F.2d 626 (8th Cir. 1989), *aff'g* Regents of the University of Minnesota and National Computer Systems, Inc. vs. Applied Innovations, Inc., 685 F. Supp. 698 (D. Minn. 1987)).Further, none of the exclusive rights accorded to a copyright owner by the United States Copyright Act, including, but not limited to, the exclusive right to reproduce and copy, distribute or publish, may be exercised with respect to copyrighted testing materials without the express written permission of NCS Pearson and/or the copyrightholder.

The security of psychological testing material is of paramount concern in order to ensure continuing integrity of testing materials and preventing their improper use.

We very much appreciate your sensitivity to the issues surrounding appropriate use of and access to psychological testing materials. If you have any further questions, please do not hesitate to contact me at 952-681-3305 or tracey.sheehan@pearson.com.

Respectfully,

Tracey Sheehan, Esq.
Intellectual Property & Contracts
Pearson Assessments

Encl.
Qualifications policy
Terms and conditions of sale and use
MMPI-2 catalog page indicating A-level qualification required for test.

## MMPI-2™ (Minnesota Multiphasic Personality Inventory-2™)

BY RESTANDARDIZATION COMMITTEE MEMBERS: JAMES N. BUTCHER, PHD; W. GRANT DAHLSTROM, PHD; JOHN R. GRAHAM, PHD; AUKE TELLEGEN, PHD; BEVERLY KAEMMER, COORDINATOR FOR THE UNIVERSITY OF MINNESOTA PRESS.

# The most widely used and widely researched test of adult psychopathology.

Used by clinicians to assist with the diagnosis of mental disorders and the selection of appropriate treatment methods, the MMPI-2 test continues to help meet the assessment needs of mental health professionals in an ever-changing environment.

### Numerous Uses

The MMPI-2 test's contemporary normative sample and extensive research base make it the gold standard in assessment for a wide variety of settings. The test can be used to help:

- Assess major symptoms of social and personal maladjustment.

- Identify suitable candidates for high-risk public safety positions.

- Support classification, treatment, and management decisions in criminal justice and correctional settings.

- Give a strong empirical foundation for a clinician's expert testimony.

- Assess medical patients and design effective treatment strategies, including chronic pain management.

- Evaluate participants in substance abuse programs and select appropriate treatment approaches.

- Support college and career counseling recommendations.

- Provide valuable insight for marriage and family counseling.

### Key Features

- **Cost-effective and comprehensive scoring.**
  The Extended Score Report provides a scoring option that is both cost-efficient and comprehensive. At $13.00 per Q Local report, the Extended Score is the only MMPI-2 report that provides all standard scales, including the RC Scales and non-K-corrected scores.

- **Descriptive and diagnostic information relevant to today's clients.**
  Tailored reports present interpretive information for specific settings to help meet a wide range of needs.

- **Nationally representative normative sample.**
  Normative sample consists of 1,138 males and 1,462 females between the ages of 18–80 from several regions and diverse communities within the U.S.

- **Flexible administration and scoring.**
  The test can be administered in several formats: traditional paper-and-pencil, audiocassette or CD recording, and computer. To help meet the needs of more individuals, the MMPI-2 test can be administered in English, Spanish, Hmong, and French for Canada.

- **Abbreviated format.**
  The first 370 items of the test can be administered to obtain scores for validity indicators L, F, and K, and the 10 Clinical Scales. The full MMPI-2 test must be administered to obtain scores for all the validity indicators, the RC (Restructured Clinical) Scales, the Content Scales, and the Supplementary Scales.



ADULT PERSONALITY

Overview

Publisher Statement



# TERMS AND CONDITIONS

**ACCEPTANCE OF TERMS AND CONDITIONS**
You agree that these Terms and Conditions will govern all purchases by you of all instruments, surveys, reports and other products listed in this Pearson Assessments catalog, except that the Pearson Assessments software license agreement will govern any receipt and use by you of Pearson Assessments software. These Terms and Conditions constitute the entire agreement between you and Pearson Assessments concerning this matter, and supersedes all discussions, proposals, bids, invitations, orders, and other communications, oral or written, on this subject. These Terms and Conditions may not be waived, amended, or modified in any way except through a written agreement signed by the Vice President of Pearson Assessments, a business of NCS Pearson. NCS Pearson and Pearson Assessments are hereinafter collectively called "Pearson Assessments." If any one or more provisions of these Terms and Conditions are found to be illegal or unenforceable, the remaining provisions will be enforced to the maximum extent possible. To the extent any purchase order from Customer conflicts with or amends these Terms and Conditions in any way, these terms and conditions, as unmodified, will prevail. THIS AGREEMENT WILL BE GOVERNED BY, CONSTRUED, AND INTERPRETED IN ACCORDANCE WITH MINNESOTA LAW. The foregoing choice of law notwithstanding, copyright and patent claims will be resolved only under U.S. Federal law and U.S. Federal Court interpretations thereof.

**WARRANTY**
Except as stated in these terms and conditions, PEARSON ASSESSMENTS MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE PRODUCTS. ALL OTHER WARRANTIES, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE DISCLAIMED.

**LIMITATION OF LIABILITY**
IN NO EVENT WILL Pearson ASSESSMENTS BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, OR SPECIAL DAMAGES ARISING OUT OF THIS AGREEMENT OR PURCHASE OR USE OF Pearson ASSESSMENTS PRODUCTS OR SERVICES. NOTWITHSTANDING ANY OTHER PROVISION OR AGREEMENT BETWEEN CUSTOMER AND Pearson ASSESSMENTS, Pearson ASSESSMENTS' TOTAL LIABILITY TO ANY PARTY ARISING OUT OF THIS AGREEMENT OR PURCHASE OR USE OF Pearson ASSESSMENTS PRODUCTS OR SERVICES WILL NOT EXCEED THE AMOUNT PAID BY CUSTOMER TO Pearson ASSESSMENTS FOR THE PRODUCTS OR SERVICES.

Lost, damaged or stolen report counters and unused administrations will not be replaced free of charge.

**INDEMNIFICATION**
YOU AGREE TO INDEMNIFY AND HOLD PEARSON ASSESSMENTS HARMLESS AGAINST ALL CLAIMS, LIABILITIES, DEMANDS, DAMAGES, OR EXPENSES (INCLUDING REASONABLE ATTORNEYS' FEES AND EXPENSES) ARISING OUT OF OR IN CONNECTION WITH YOUR USE OF PRODUCTS SOLD BY Pearson ASSESSMENTS AND/OR YOUR FAILURE TO ADHERE TO THESE TERMS AND CONDITIONS. Pearson ASSESSMENTS AGREES TO INDEMNIFY AND HOLD YOU HARMLESS AGAINST ALL CLAIMS, LIABILITIES, DEMANDS, DAMAGES, OR EXPENSES (INCLUDING REASONABLE ATTORNEYS' FEES AND EXPENSES) ARISING OUT OF OR IN CONNECTION WITH BREACH BY Pearson ASSESSMENTS OF ANY WARRANTIES SPECIFICALLY STATED IN THESE TERMS AND CONDITIONS.

**RETURNS POLICY**
Returns are subject to the following terms:
- Returns (including report software administrations) are accepted within 6 months of purchase only for products that are still being offered by Pearson Assessments at the time of return.
- Proof of purchase from Pearson Assessments is required to receive full product credit at original price. A copy of the Pearson Assessments invoice or packing slip, or written notice referencing the invoice number, should be included with each return shipment.
- Materials and software administrations returned after 30 days but prior to 6 months after purchase are subject to a return handling charge of $25.00 per returned parcel.
- Materials must be in clean, saleable condition (unused and undamaged), in unopened sets or packages, as originally purchased.
- All sales of scanning hardware are final.
- Return shipments must be sent prepaid and insured by a traceable method in a durable envelope or box to avoid damage via United Parcel Service (UPS) or Insured Mail, return receipt requested, to:

  Pearson Assessments
  ATTN: Returns Department
  1313 Lone Oak Road
  Eagan, MN 55121-1334

- Provide Pearson Assessments with the name and telephone number of an individual who can be contacted regarding the return/exchange.
- Orders for scanning equipment are subject to the ordering customer's agreement to the Pearson Assessments Equipment Purchase Agreement or Purchase Order Acknowledgment. No scanning equipment returns will be accepted without Pearson Assessments' prior written approval. For a copy of the Pearson Assessments Equipment Purchase Agreement and for other information about Pearson Assessments scanning equipment, please contact a Pearson Assessments representative at 800-627-7271, ext. 3225.
- Materials damaged in transit (including prepaid answer sheets) or defective software must be returned for exchange within 30 days from the date of shipment from Pearson Assessments.
- Lost, damaged or stolen report counters and unused administrations will not be replaced free of charge.

**TRADE SECRETS, COPYRIGHTS AND USE OF UNAUTHORIZED SOFTWARE**
Tests, inventories, and software offered by Pearson Assessments are protected by various intellectual property laws, including those regarding trade secrets, copyright and trademarks. Printing or reproducing copyright-protected materials or content, including reproduction of protected test items, scales, scoring algorithms, scoring directions, or other protected content, is prohibited by law and by these Terms and Conditions. Your purchase of protected materials DOES NOT grant you a right to reproduce additional copies of materials or the content or enter protected content onto a computer medium, such as non-Pearson Assessments scoring system or software. However, if you license and use Pearson Assessments software, you may excerpt portions of the output reports, limited to the minimum text necessary to accurately describe your significant core conclusions, for incorporation into your written evaluation of the individual, in accordance with your profession's citation standards, if any. You may not, under any circumstance, copy or reproduce the text of any test question.

**OTHER CONSIDERATIONS**
Title to physical copies of non-licensed products passes to you upon shipment. Pearson Assessments reserves the right to aggregate data, in non person-specific or organization-specific form, and to utilize these data for research and/or statistical purposes. Pearson Assessments also may disclose such data, in non person-specific or organization-specific form, to third parties without reimbursement or notification.

**PAYMENT**
All invoices are payable net 30 days. Payment can be made by check (payable to NCS Pearson, Inc.) or credit card and sent to: NCS Pearson, Inc., 4484 Collections Center Drive, Chicago, IL 60693. Customers outside the U.S. should enclose an international money order payable in U.S. currency. Charges not paid when due are subject to a late charge accruing from the due date of 1 1/2% per month or the maximum permitted by law, whichever is less. You also are responsible for any attorneys' or collection fees incurred by Pearson Assessments in collecting charges not paid when due. Prices are quoted in and must be paid in U.S. dollars. Non-U.S. orders are subject to a 10% service charge, exclusive of taxes, shipping, and tariffs. Purchasers are responsible for all taxes, and tariffs involved in intercountry shipments.

**TAX**
Pearson Assessments must collect and report state and local taxes applicable to your shipping address. If your organization is tax exempt, send a tax exemption certificate with your order. A copy of the certificate must be on file at Pearson Assessments to qualify.

**USE OF PRODUCTS**
You agree it is your responsibility to use any products purchased from Pearson Assessments in accordance with Pearson Assessments Qualification requirements located at www.pearsonassessments.com/forms/qualify.htm, applicable professional guidelines, including American Psychological Association guidelines, your Pearson Assessments software license (if applicable) and all federal, state, and local laws and regulations. You understand and agree that Pearson Assessments products are meant to be used as tools to supplement you in the overall assessment process, and are not intended or designed to be used alone or replace your professional judgment. Use of psychological tests in employment-related situations may be subject to certain laws including Title VII of the Civil Rights Act of 1964, as amended; the Americans With Disabilities Act of 1990, as amended; and other federal, state, and local laws and regulations.

**DISCLOSURE**
Pearson Assessments software outputs, including but not limited to Reports, are protected as trade secrets. TRADE SECRETS ARE NOT PERMITTED TO BE DISCLOSED in response to requests made pursuant to HIPAA (Health Insurance Portability and Accountability Act of 1996) or any other data disclosure law that exempts disclosure of information or documents protected as trade secrets. (See our HIPAA: Frequently Asked Questions located at www.pearsonassessments.com/catalog/hipaa.pdf for additional information on disclosure of test material.)

**NON-INFRINGEMENT**
Pearson Assessments warrants that the products published directly or under license by NCS Pearson ("NCS Pearson Products") in their standard form will not infringe any valid United States patents or copyrights existing at the time of product delivery, provided, however, that this warranty does not extend to any non-NCS Pearson product or any of the books offered in this catalog or on our website or to any infringement arising out of the use of the products in combination with systems, software, or equipment, not supplied by Pearson Assessments or any use of the products outside the United States. If you promptly notify Pearson Assessments of any such infringement claim of which you have knowledge or notice, and accord Pearson Assessments the right, at its sole option and expense, to handle the defense of the infringement claim, Pearson Assessments will indemnify and hold you harmless from and against such infringement claim related solely to NCS Pearson Products. If such an infringement claim arises and Pearson Assessments becomes aware of such a claim, Pearson Assessments may, in its discretion, furnish you with non-infringing replacement products within sixty (60) days or repurchase your unconsumed products.

FG200
757-GEN
03/05

Signed: _____    Title: _____
          Authorized Signature
Name: _____      Date: _____

www.pearsonassessments.com | order by phone: 1-888-627-7271 | order by fax: 1-800-632-9011   

# Qualification Form

### First Order?
Please establish your qualification level for this and future purchases by filling out this qualification form. For faster service, fax form to 1-800-632-9011, or send this form along with your order. You may also complete the form online at www.pearsonassessments.com.

### Qualification Requirements
The psychological and educational assessment reports, forms, and hand-scoring materials offered in this catalog are designed to assist professionals who are specially trained and experienced in the appropriate professional use of these assessment instruments.

Because of the sensitive nature of psychological testing materials, Pearson Assessments has established qualification guidelines that restrict the sale and distribution of our testing products. Pearson Assessments will provide these instruments to those professionals who provide us with credentials regarding licensure, education, affiliation, and/or training and experience that support the customer's stated ability to use the materials for their intended purposes and to administer, score, and interpret psychological tests. In setting these guidelines, Pearson Assessments attempts to reflect the intent of the ethical guidelines established by the American Psychological Association, the Association of Test Publishers, and the American Counseling Association, as well as those published in the Standards for Educational and Psychological Testing by the American Educational Research Association, the American Psychological Association, and the National Council on Measurement in Education.

### Qualification Criteria
All materials and reports offered by Pearson Assessments have been assigned one of four qualification levels (A, B, M, or C) according to the level of credentials required in order to purchase products at that level.

#### Level A purchasers must provide credentials indicating:
- Licensure to practice psychology independently,
- OR • A graduate degree in psychology or a closely related field AND either graduate courses in Tests and Measurement, or completion of a Pearson Assessments-approved workshop or other approved course,
- OR • Proof that they have been granted the right to administer tests at this level in their jurisdiction.

Once qualified, Level A purchasers can select tests from all qualification levels.

#### Level B purchasers must provide credentials indicating:
- Bachelor's degree in psychology, education, human resources, or a closely related field AND courses in the use of psychological assessment instruments (graduate or undergraduate) or participation in an Pearson Assessments-approved workshop,
- OR • Proof that they have been granted the right to administer tests at this level in their jurisdiction.

Once qualified, Level B purchasers can select tests from qualification levels B and C.

#### Level M purchasers must provide credentials indicating:
- A specialized degree in the health care field and accompanying licensure or certification,
- OR • Proof that they have been granted the right to administer tests at this level in their jurisdiction.

Once qualified, Level M purchasers can select tests from qualification levels M and C.

#### Level C purchasers must provide credentials indicating:
- Bachelor's degree in psychology, education, human resources, or a closely related field. Specific course work or workshops are not required.

Once qualified, Level C purchasers can select tests from qualification level C only.

---

Name _____
Title _____
Telephone _____ Email _____
Fax _____ Organization Name _____
Address _____
City _____ State _____ Zip _____

**1. Primary work setting:**
- ☐ Group/Solo Practice
- ☐ College/University
- ☐ Jr. High/High School
- ☐ Corrections
- ☐ Hospital
- ☐ Chronic Pain
- ☐ Rehab
- ☐ Other (specify) _____
- ☐ Oncology/Cardiology
- ☐ Personnel Selection
- ☐ Voc Rehab

**2. What are your testing applications? (choose all that apply)**
- ☐ U01 Medical Assessment
  - ☐ U01A Med - Cardiology Assessment
  - ☐ U01B Med - Primary Care
  - ☐ U01C Med - Gastrointestinal
  - ☐ U01D Med - Diabetes/Endocrinology
  - ☐ U01E Med - HIV / Aids
  - ☐ U01F Med - Organ Transplant
  - ☐ U01G Med - Ob / Gyn
  - ☐ U01H Med - Bariatric Surgery
  - ☐ U01J Med - Headache
  - ☐ U01K Med - Weight Mgmt
  - ☐ U01L Med - Stroke / Head Injury
  - ☐ U01M Med - Spinal Injury
  - ☐ U01N Med - Head Injury
- ☐ U02 Career Counseling
  - ☐ U02A Career - Voc Rehab
  - ☐ U02B Career - Emp Assist
  - ☐ U02C Career - Adult
  - ☐ U02D Career - Adolescent
- ☐ U19 Education
  - ☐ U19A Education - Achievement Testing
  - ☐ U19B Education - Special Ed
  - ☐ U19C Education - Intelligence Testing
  - ☐ U19D Education - Visual Motor Testing
- ☐ U03 Chiropractic Assessment
- ☐ U04 Client Counseling - Couple/Fam
- ☐ U05 Corrections
  - ☐ U05A Corr - Intake
  - ☐ U05B Corr - MH/Treatment
  - ☐ U05C Corr - Probation & Parole
  - ☐ U05D Corr - Sex Offender Program
  - ☐ U05E Corr - Subst Abuse Program
  - ☐ U05F Corr - Career Counseling
  - ☐ U05G Corr - Juvenile Justice
- ☐ U06 Forensics Assessment
  - ☐ U06A Forens - Child Custody
  - ☐ U06B Forens - Pretrial Crim/Commt
- ☐ U07 Neuropsych
- ☐ U08 Mental Hlth Adult
- ☐ U09 Adol Mental Health
  - ☐ U09A Adol MH - Inpatient
  - ☐ U09B Adol MH - Outpatient
  - ☐ U09C Adol MH - School
- ☐ U10 Oncology Patient Assessment
- ☐ U11 Outcomes Measurement
- ☐ U12 Pain Patient Assessment
  - ☐ U12A Pain - Screen For Referral
  - ☐ U12B Pain - Comprehensive Eval
- ☐ U13 Rehab (Physical) Assessment
  - ☐ U13A Rehab - Medical Injury
  - ☐ U13B Rehab - Pre-Surgical Eval
  - ☐ U13C Rehab - Disability Eval
  - ☐ U13D Rehab - Workers Comp
  - ☐ U13E Rehab - Work Harden / Voc Rehab
- ☐ U14 Pre-Employment Screener
  - ☐ U14A Pre-Emp - Law Enforcement
  - ☐ U14B Pre-Emp - Correctional Ofcr
  - ☐ U14C Pre-Emp - Private Security
  - ☐ U14D Pre-Emp - Firefighter
  - ☐ U14E Pre-Emp - Nuclear Power Plant
  - ☐ U14F Pre-Emp - Military
  - ☐ U14G Pre-Emp - Other Pub. Safety
  - ☐ U14H Pre-Emp - Utility, Non-Nuclear
  - ☐ U14I Pre-Emp - Airline Pilot
- ☐ U15 Research
- ☐ U16 Substance Abuse Assessment
- ☐ U18 Language - Non English Pop.
  - ☐ U18A Language - Hispanic
  - ☐ U18B Language - French
  - ☐ U18C Language - Hmong
  - ☐ U18D Language - Other

**3. Valid license or certificate issued by a state regulatory board:**
Certificate/License _____ State _____
Certifying or Licensing Agency _____
Number _____ Expiration Date _____

**4. Highest professional degree attained:**
Degree _____ Major Field _____
Year _____ Institution _____

**5. Course work completed in Tests and Measurement:**
Date _____ Course _____
Institution _____
☐ graduate level    ☐ undergraduate level

**6. Participation in related Pearson Assessments-approved workshop:**
Workshop Name _____
Date _____ Location _____
Leader _____

I agree that:
- I am qualified to properly use any Pearson Assessments products I order, and I have provided Pearson Assessments with only accurate and true qualification information.
- Any Pearson Assessments test products purchased under my account will be used by me and/or under my supervision.
- Any Pearson Assessments test products purchased under my account will be used in accordance with all applicable ethical and legal guidelines.
- I have read and will abide by the Pearson Assessments terms and conditions set forth on page 120 of the 2004 Pearson Assessments catalog (which also can be found on the Pearson Assessments website at www.pearsonassessments.com).

Signature _____ Date _____



Order by phone: 1-988-627-7271 • Order by fax: 1-952-906-1587 • For information: www.pearsonassessments.com   CCF  F80QF  576-GEN  10/03