RECEIVED
JUL 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON, | § |
| Plaintiff, | § |
| vs. | §   Civil Action No. 06-0224 RMU |
| JUSTICE DEPARTMENT, | § |
| Defendant, | § |

NOTICE OF OPPOSITION TO IN CAMERA DECLARATION
NOTICE OF CHANGE OF ADDRESS

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Notice of Opposition to In Camera Declaration and Notice of Change of Address, and would show as follows:

I.

On or about June 23rd, 2006, Defendant served a "Notice of In Camera Declaration", which Plaintiff did not recieve until July 5, 2006, due to their failure to take notice of Plaintiff's new address. Plaintiff opposes any claim of Exemption 7(F) in this matter for all reasons listed in all Plaintiff's filings, and due to the "fact" that Plaintiff has retained an "expert" witness to review this evidence, a Dr. George A. Trapp, M.D., J.D. Further, said documents will show criminal acts by the Defendant, and obstruction of justice, as alleged in Plaintiff's Motion for Summary Judgment. Plaintiff requests Judicial Notice of new address: P.O. Box 9000, Seagoville, Texas 75159-Federal Correctional Institution as of May 28, 2006.

Wherefore, premises considered, Plaintiff does file this Notice of Opposition to In Camera Declaration and Change of Address Notice.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 10th day of July, 2006, by regular U.S. Mail, with one copy provided to the Defendant.

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 10th day of July, 2006, by regular U.S. Mail with one copy provided to the Defendant at the address listed below, pursuant to Rule 5 Fed.R.Civ.P.

/s/ Lester Jon Ruston

Fred E. Haynes, D.C. Bar #16554
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530