UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,                           §

    Plaintiff,                           §

v.                                          §        Civil Action No. 06-0224 RMU

JUSTICE DEPARTMENT,                          §

    Defendant,                           §

## AFFIDAVIT OF LESTER JON RUSTON

My name is Lester Jon Ruston. Affiant is over the age of 18 and is "competent" to make the following declaration, under oath of law, as clearly ruled by multiple witnesses who are experts in psychiatry and psychology, which Affiant presents as Exhibit "A" attached.

Affiant has reviewed a "Declaration of Daryl Kosiak", and investigated multiple allegations of fraud committed by Kosiak at the Medical Center for Federal Prisoners in Springfield, Missouri, including fraud and "torture". Said allegations are currently under investigation by the Inspector General's Office.

Affiant has been attacked by multiple government personnel, both State of Texas and Federal, since making allegations of "torture", 18 U.S.C. § 2340 in the Spring of 1998 (see Ruston v. ATF, 05-2314 RMU D.C. District Court).

Affiant has been viciously attacked by his family for renouncing the Mormon Church, and has filed litigation against this "alleged" Church, which Affiant maintains is a brainwashing "cult" engaged in organized crime.

Affiant has contacted NBC Television with regards to allegations of fraud by Collin County, Texas "officials" using the Mental Health Code of Texas  to  commit crime and obstruct justice (see Exhibit "A" attached), which has been confirmed by State of Texas MHMR Attorney Tom McClure. Affiant was contacted by multiple "media" representatives, and has been allegedly "stalked" and harassed for these reports, despite NBC Televisions "solicitation" of stories via their news program, The Today Show.

In July of 2002, Affiant was "lured" to 4804 Haverwood Lane, #912, Dallas, Texas 75287 by media representatives, most notably Clear Channel Communications personnel, where Affiant portrayed a comedy character "The Penguin Man" on the radio for two Clear Channel owned stations in Dallas/Ft. Worth.

Affiant believes these acts constitute Interstate Stalking, 18 U.S.C. § 2261(a), and was questioned about this apartment by Tom Schneider of the U.S. Marshal's (see handwritten notes suppressed by the Public Defenders and U.S. Attorney's Office) and F.B.I. Special Agent James K. Ellis.

Affiant has never met Katie Couric in his life and does not personally know her, nor does Affiant desire to know her as he has been viciously attacked due to the mention of her name. Affiant has filed a "stalking" complaint to the Dallas Police Department on unknown caucasian female who resembled Katie Couric, who lured Affiant to apartment #912 in July of 2002. This "act" followed Affiant's discovery of a hidden camera in room #154 of the Anchor Motel on Harry Hines Blvd. in Dallas, Texas in June of 2002. Said camera was reported to the Dallas Police and F.B.I.

All attempts to obtain surveillance "orders" by any government entity have been denied by acts of prosecutorial and judicial misconduct, on record. Affiant confronted the manager of this motel, who stated Affiant should contact NBC Television, prompting Affiant's checking out of motel and filing criminal complaints.

Dallas County "officals" used this as an excuse to "stalk" and harass Plaintiff, and did attempt to have Plaintiff murdered in the Dallas County Jail and Vernon State Hospital, which the Defendant's have suppressed from this Court and in all actions in all Court's around the United States, in violation of Affiant's due process rights under the 5th and 14th Amendment to the U.S. Constitution.

Daryl Kosiak claims the the B.O.P. is a law enforcement agency, yet they are involved in fraud and murder, as evidenced by the deaths of Tim Baker in Springfield, Missouri in January of 2006, and Russell W. Sprague and Marco Buscaglia in February of 2005 at the MDC-Los Angeles, personally investigated by the Affiant. B.O.P. is violating "torture" laws daily, using "frauds" like Maureen Buriss to aid and abett organized crime. "Torture" is a criminal violation of 18 U.S.C. § 2340, not an act of law enforcemnt, pursuant to 5 U.S.C. § 8401(17)(D)(i). Springfield is engaged in criminal activity, which is now "public record" in Ruston v. United States, 05-3094-CV-S-RED-P in the Western District of Missouri, Southern Division. BOP staff are and were committing federal crimes, including impeding and stealing the United States Mail, in violation of 18 U.S.C. §§ 1702 and 1708.

Kosiaks claims of exemptions are fraudulent and are denying Affiant clearly established statutory rights pursuant to 18 U.S.C. §§ 3771 and 3521, which he does regularly, as investigated by the Affiant.

All allegations contained in this document are true and correct to the best of Affiant's knowledge, and State and Federal records, sworn to under penalty of law with Affiant's signature affixed, pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Dated: 6-29-06                                          _____ Declarant
                                                        Lester Jon Ruston

-2-