UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-00224 (RMU) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

REPLY MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff was committed to one of the United States Bureau of Prisons' federal medical facilities so that a determination could be made as to whether there was a substantial probability that in the foreseeable future he would attain the capacity to permit the trial of his criminal case to proceed. He has filed a complaint under the Freedom of Information Act, seeking certain records in the possession of the Bureau of Prisons, and defendant has moved for summary judgment.

In responding to defendant's motion for summary judgment, plaintiff does not come to grips with the legal arguments relating to the Freedom of Information Act that were made by defendant. Rather, he attacks various individuals whom he asserts are insane. He appears to renew his threats against Magistrate Judge Ramirez, plaintiff's memorandum at 2 and 4, and he characterizes the Bureau of Prisons' psychologist who examined him, Dr. Burris, as a "filthy, lying criminal."

    Plaintiff captions his memorandum as a "motion in opposition to defendant's motion for summary judgment and opposition to defendant's memorandum of points and authorities." Properly characterized, it is an opposition to defendant's motion for summary judgment. Plaintiff also asserts in his memorandum that it is also a motion for sanctions against undersigned counsel (Fred E. Haynes), apparently for filing the motion for summary judgment. There is no basis for imposing sanctions for the filing of that motion. (This reply is being filed in response to this Office's receipt of plaintiff's opposition through the electronic docketing system; the written copy of the opposition has not yet been received by this office.)

    For the reasons set forth in defendant's motion for summary judgment, the motion should be granted.

    Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
        /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing reply memorandum is support of defendant's motion for summary judgment to be served by first class mail, postage prepaid, this 20th day of July, 2006, on

>   Lester J. Ruston
>   # 26834-177
>   P.O. Box 9000
>   Seagoville, Texas 75159

>   /s/
>   Fred E. Haynes, D.C. Bar # 165654
>   Assistant United States Attorney
>   555 4th Street, N.W., Room E-4110
>   Washington, D.C. 20530
>   (202) 514-7201