IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON          *
V.                         *     CIVIL NO. 06-0224 RMU
JUSTICE DEPARTMENT         *
                           *

RECEIVED
AUG 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF SPECIAL COUNSEL

My name is Lester Jon Ruston. Affiant is over the age of 18, and is competent to make the following declaration, under oath of law.

Pursuant to 5 U.S.C. Section 552(a)(4)(B), affiant does seek "Special Counsel" to investigate the defendant's repeated obstruction of justice in this matter, which now includes retaliation, 18 U.S.C. Section 1513 and witness tampering, 18 U.S.C. Section 1512, for THIS civil action and other civil actions around the country, as held by the court's in Turner v. Safley 482 U.S. 78 (1987).

On, or about August 2, 2006, the staff of Seagoville Federal Correctional Facility violated 18 U.S.C. Section(s) 241, 242 and 2340, as well as CFR 541.22, by restricting affiant's 1st Amendment right to freedom of speech, freedom of the press (see Abu-Jamal v. Price, 154 F.3d 128 (3rd. Cir. 1998) and access to the court's by placing affiant in administrative segregation, in retaliation for Ruston v. United States, 06-3094-CV-S-RED-P Western District of Missouri, Southern Division (see also Ruston v. Riggs, 06-0782 RMU).

On or about April 27, 2006, Joyce Zoldak, a B.O.P. attorney, was notified of a Form 95 complaint by Phyllis J. Pyles, Director of Torts Branch, Civil Division. On or about May 6, 2006, Zoldak was notified of multiple "alleged" crimes by B.O.P. "staff", including "treason" allegations.

On or about June 15, 2006, Zoldak was served a copy of a Rule 60(b) motion for reconsideration. Further, Zoldak was notified of further misconduct by a "LT." Richards of Springfield Medical Center. Zoldak was further notified of misconduct by "staff" of Seagoville, obstructing affiant's access to the court's, along with "LT." Richards conspiracy to impede affiant's 1st Amendment rights, which are "Public Record" in 06-3094-CV-S-RED-P, cited supra.

-1-

On or about July 9, 2006, Affiant served Zoldak another letter and Freedom of Information Request, and reported the January 2006 murder of Tim Baker by Ulysis Jones at Springfield Medical Center, which Affiant investigated and reported to various "media" sources around the country, pursuant to his 1st Amendment rights. Further, Zoldak was also notified of the theft and impeding of Affiant's United States mail, as reported to Adrian Gonzalez and Walter Swayze, of the Office of U.S. Postal Inspection, documented by their July 25, 2006 reply letter from Division Headquarters, 14800 Trinity Blvd., Suite 600, Fort Worth, Texas.

Included in July 9, 2006 "mailing" to Zoldak is a Freedom of Information Request Letter "countering" and impeaching Daryl Kosiak's filings to this Court in the instant matter (exhibit attached).

Affiant has lodged criminal complaints of 18 U.S.C. Section 242 by B.O.P. "staff" who are alleged homosexuals, discriminating against the constitutional rights of persons, due to their "status" as Christians and heterosexuals, under color of law.

On or about late July of 2006, Daryl Kosiak, Regional Counsel for B.O.P., sent Affiant a Right to Sue Letter, pursuant to 28 U.S.C. Section 2675(a), which Affiant supplemented into a Rule 60(b) motion in Ruston v. United States, 06-3094-CV-S-RED-P Western District of Missouri, Southern Division, and served a copy and letter to Zoldak August 1, 2006, which Affiant copied to Randy Covitz, of the Kansas City Star Newspaper, pursuant to his 1st Amendment rights.

In alleged criminal violation of 18 U.S.C. Sections 241, 242, 2, 3, 4, 2340 and 1513, Warden Dan Joslin ordered Affiant thrown into administrative segregation, in violation of CFR 541.22 (see Sandin v. Connor, 515 U.S. 472 (1995). Said act is retaliation for crimes committed by B.O.P. "staff", which Affiant has witnessed, and is litigating in multiple courts, most notably this matter and Ruston v. Burris, CV-06-3192 Central District of ~~Los Angeles~~ California, Los Angeles Division, see Hewitt v. Helms, 459 U.S. 460 (1983).

-2-

Warden Dan Joslin is retaliating against affiant, due to his reports to the media, as upheld in Sealey v. Giltner, 197 F.3d 578 (2nd Cir. 1999). Said act of administrative segregation is "Torture", 18 U.S.C. Section 2340, in retaliation for this civil action, which justifies "Special Counsel", as defendants filings to this court are PURELY to obstruct justice in criminal acts AND to restrict affiant's access to the courts, as held in Allah v. Seiverling, 229 F.3d 220 (3d Cir. 2000).

Affiant alleges criminal conspiracy against Joyce Zoldak, Associate General Counsel for B.O.P. for violations of 18 U.S.C. Section(s) 2, 3, 4, 241, 242, 1702, 1708, 1513, 1512 and 2340. Affiant alleges SAME crimes against Lt. Budzinski and Warden Dan Joslin of Seagoville, and does request "Special Counsel", pursuant to 5 U.S.C. Section 552(a)(4)(B). Said actions are clearly obstruction of justice.

All allegations of fact are true and correct, and a matter of various state and federal records, sworn to under penalty of law with affiants signature affixed, pursuant to 28 U.S.C. Section 1746 and 18 U.S.C. Section 1621. Affiant cites Ruston v. Dallas County, et al 06-07095 District Court 95, Dallas County, Texas.

Dated August 5, 2006      _____  Declarant

Lester Jon Ruston

* No service to defendant, due to criminal accusations against them

EXHIBIT RUSTON V. JUSTICE DEPT. 06-0224 RMU
PAGE 1 OF 6

-S148.055 INMATE REQUEST TO STAFF CDFRM
P 98
U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

| TO: WARDEN DAN JOSLIN | DATE: 8-5-06 |
| FROM: LES J. RUSTON | REGISTER NO.: 26834-177 |
| WORK ASSIGNMENT: N/A | UNIT: ADMIN. SEG. |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

PURSUANT TO CFR 541.22, PLEASE RESPOND AS TO WHY YOU AND LT. BUDZINSKI HAVE ALLEGEDLY VIOLATED 18 U.S.C. SECTIONS 2, 3, 4, 241, 242, 2340 AND 1513 ON AUGUST 2, 2006? YOU ARE RETALIATING AGAINST ME, DUE TO CIVIL ACTIONS AND MY STATUS AS A WITNESS LITIGANT AND INFORMANT AGAINST B.O.P. WHICH IS "PUBLIC RECORD" IN D.C. DISTRICT COURT, 06-0224 RMU. YOU ARE PURPOSEFULLY RESTRICTING MY ACCESS TO COURTS AROUND COUNTRY, AND I REQUEST WRITTEN NOTIFICATION AS TO WHY, AND ALL EVIDENCE IN SUPPORT OF YOUR FALSE "THREAT" CLAIMS. STUDY LAW BEFORE YOU VIOLATE IT!!!!!

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

FROM THE DESK OF LES J. RUSTON

May 6, 2006

Joyce Zoldak
Associate General Counsel
Federal Bureau of Prisons
320 First Street, N.W. Room 977 HOLC
Washington, D.C. 20534

*[handwritten:]* PAGE 2 OF 6

*[handwritten:]* EXHIBIT
RUSTON V. JUSTICE DEPT.
06-0224 R.M.U.

Dear Ms. Zoldak,

I am in receipt of a letter from Mary Jo Touhey and a Phyllis J. Pyles (insert joke here).

I enclose these letters, which are "public record" in Ruston v. United States, 06-3094-CV-S-RFD-P Western District of Missouri, Southern Division.

I am a very good "private investigator", and have done "contract" work for the Treasury Department, Department of Defense and General Services Administration.

I hope you are well versed in Title 18 U.S.C. §§ 3, 4 and 2340. I suggest you make sure your "staff" is well versed quickly.

I am the Plaintiff in Ruston v. Torr, 06-3171-CV-S-DW-P, also Western District of Missouri, Southern Division.

I don't like "domestic enemies of the United States Constitution" nor do I like people that obstruct recruiting for the United States Military during a war, which is a violation of Title 18 U.S.C. § 2388.

You can explain to a Federal Judge (many of them) why your "staff" is doing just this at this writing, most notably this fat, lying fraud, James Kenneth Wolfson, the biggest "fraud" in the United States.

Medical fraud is another area of my expertise, which I will demonstrate to you in great detail, very soon.

This is nothing personal, its just "business".

*[handwritten:]* OKLAHOMA "TRANSFER" CENTER

Sincerely,


Les J. Ruston #26834-177
a.k.a. "The Bruce"
P.O. Box 4000
Springfield, Missouri 65801-4000

June 15, 2006

PAGE 3 of 6

EXHIBIT
RUSTON V. JUSTICE
DEPT.
06-0224 R.M.U.

Joyce Zoldak
Associate General Counsel
Federal Bureau of Prisons
320 First Street, N.W.
Room 977 HOLC
Washington, D.C. 20534

Ms. M. Zoldak,

Enclosed you will find my Motion to Reopen this matter, pursuant to Rule 60(b), as you have failed to respond to this claim for damages, and have, in fact, added to the damages by more acts of fraud.

Your Lt. Richards, from Springfield, Missouri, tried to do Oklahoma City Transfer Center, on or about May 27, 2006, and filed more fraudulent paperwork on me, making false statements to get me placed in SHU. You can now and tell that retarded child molester that I was only in SHU for a few hours, long enough to shower the stench of Missouri off me to be transferred to Texas, where I have filed this action.

I was assaulted yesterday, by a "snitch" placed in J-1 by Judge A. Joe Fish to spy on our work and sabotage the law library. His name is Kenneth McClain, a convicted fraud, who filed false claims for hurricane relief. I find it amusing that you would allow your staff to allow him to steal ribbons from the library typewriters, when that is contraband.

He sits in the "hole" now, and I have filed civil action on behalf of another inmate, who is 70 years old and is in fear that you and Joe Fish are "ordering" inmates to assault other inmates, like you allowed Ulysses Jones to stab Tim Baker to death.

Jarry Spence got hold of me in Springfield, via Charles Hayes, who is in 10-C, where we formulated "plans".

I look forward to continuing to write to the press, despite Lt. Richards retarded efforts to obstruct this first amendment right.

Very Truly Yours,


Les J. Ruston #26024-177
P.O. Box 9000
Seagoville, Texas 75159




cc file Ruston v. United States 06-3094-CV-C-RED-P

**PENGUIN ENTERPRISES UNLIMITED**
**SEAGOVILLE, TEXAS 75159**
"We put the media in mediation!!!"

July 9, 2006

Joyce Zoldak
Associate General Counsel
Federal Bureau of Prisons
320 First Street, N.W.
Room 977 HOLC
Washington, D.C. 20534

*PAGE 4 of 6*

*EXHIBIT*
*RUSTON v. JUSTICE DEPT.*
*06-0224 RMU*

Dear Ms. Zoldak,

    Your communications skills are about the same as Tim Baker right now! Congradulations. Please be advised that you now stand accused of Misprision of a Felony, 18 U.S.C. § 4, in the murder of Mr. Baker, due to your insane psychiatric and psychological "staff", most of whom are homosexuals, prejudiced against Christians and Heterosexuals, in alleged violation of 18 U.S.C. § 242.

    Your Doctors Sarrazin and Pietz in Springfield, are whom I speak of and litigate against, along with Maureen Buriss, an insane lesbian, at the MDC-Los Angeles. I suggest you quickly research Ruston v. Justice Department, 06-0224 RMU.

    I am sending this F.O.I.A. "letter" and I expect results quickly. I will get this information, one way or another, so I would suggest cooperation in our investigations, or I shall seek Aiding and Abetting charges under 18 U.S.C. § 3 after the fact, as well as Misprision of a Felony. Judge Urbina has much of my very competent filings, which make your Nazi "fraud", James Kenneth Wolfson look like a retard, which is pretty easy to do, and I am working on here in Dallas.

    Please contact your staff at this facility, and make sure they do not obstruct justice in my civil actions, like they have attempted repeatedly in the past six weeks.

    I shall seek a Court Order, to provide me the tools, supplies and time to litigate, which your staff is currently not providing, as recently reported to Ms. Cox.

    If my filings are further obstructed, I shall seek Injunctive relief. Further, please instruct your staff to keep that nutcase, Kenneth McClain away from me and my "associates" in J-1, and cease and desist any further acts of "witness tampering". Your staff handled his DHO Hearing very well, I didn't even have to testify, however, I am a litigant in a matter due to McClain. He continues to attempt communications to me, which are unsolicited.

    I also have been forced to file a complaint to the Postal Investigator. My mail is being stolen and impeded, particularly to the Dallas County Court House, Frank Crowley Courts Building. This violates 18 U.S.C. §§ 1702 and 1708, and is going to stop. My mail and R.D. Ryno's mail have been stolen and impeded to 1100 Commerce Street, as well. I demand access to indigent certified mail now!!!! I am sick of this criminal harassment and I will make sure it results in the proper legal remedies, ask Robert McFadden, a moron.

Sincerely,


Les J. Ruston #26834-177
a.k.a. The Bruce
Owner


cc file Ruston v. United States, 06-3094-CV-S-RED-P Western District of Missouri, S.Div.

July 9, 2006

Federal Bureau of Prisons
320 First Street, N.W.
Room 977 HOLC
Washington, D.C. 20534

EXHIBIT
Ruston v. Justice Dept.
06-0224 RMU

PAGE 5 OF 6

FREEDOM OF INFORMATION ACT REQUEST LETTER
TITLE 5 U.S.C. § 552 & 552(A)

    This letter is a request for information in the possession of the United States Government, including the Bureau of Prisons, pursuant to 5 U.S.C. § 552 & 552(a), which guarantees the public access to documents in the possession of the government, see Ruston v. Justice Department, 06-0224 RMU D.C. District Court.

    Please provide requester all medical records and B.O.P. records of Tim Baker of the Springfield, Missouri Medical Center, including, but not limited to all his records of death.

    Please provide the requester all pyschiatric records of Ulysis Jones, who murdered Tim Baker in January of 2006, whom you housed with minimum security inmates, in violation of their 8th Amendment protected rights, causing Tim Baker's death.

    Please provide the requester all documents in the possession of the Bureau of Prisons of an inmate named Maynard Campbell.

    Please provide all records in the possession of the Bureau of Prisons on Marco Buscaglia and Russell W. Sprague from the MDC-Los Angeles, whom both died in February of 2005. Requester was their "legal consultant", on record. You have "claimed", on public record, to be a law enforcement agency (see Ruston v. Justice Department, 06-0224 RMU D.C. District Court), by Daryl Kosiak of the Kansas City Regional Office, yet you are engaged in torture and murder and obstruction of justice, which is not the "normal government operations" of the Federal Bureau of Prisons, see U.S. Department of Justice v. Reporters Comm. for Freedom of the Press, 489 U.S. 749, 762 (1989).

    Further, please provide requester all documents to support housing requester in the Special Housing Unit of the Oklahoma Transfer Center on or about May 27, 2006, pursuant to CFR 541.20, including all tangile evidence in support of this harassment and "torture", which is not the normal operations of the Federal Bureau of Prisons, but criminal acts.

    Pursuant to Title 5 U.S.C. 552(a)(6)(A)(i), it is noted that your agency has Twenty working days (20) following receipt of this request to provide the material, records or information requested. Should any reasonable dely be occasioned, it is requested that your agency inform requester of the delay, and the date as to when this request will be acted upon.

    A fee waiver is requested, as this information benefits the "general public", and may show government involvement in organized crime, interstate stalking, invasion of privacy, and a conspiracy to commit attempted murder, for which Title 5 U.S.C. § 552 & 552(a) was enacted.

    It is further requested that your agency in response to the material requested, specifically inform when and to whom the file and/or the material contained therein has been released to any indentifiable individual or agency. Their name, title, purpose and need for the requested information. The date of release, the specific material released, the person within your agency releasing the material and the specific reference to authority, statute or regulation governing such release. (5. U.S.C. 552(a)(1), Paton v. LaPrade, Tarleton v. Saxbe, Linda R.S. v. Rich D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d 536, (1973).

-1-

This request is also a part of subject matter in Ruston v. United States of America, 06-3094-CV-S-RED-P and Ruston v. Dorr, 06-3171-S-DW-P in the Western District of Missouri, Southern Division.

Sincerely,

Page 6 of 6

Les J. Ruston #26834-177
Federal Correctional Facility
P.O. Box 9000
Seagoville, Texas 75159

CERTIFICATE OF IDENTITY

Privacy Act Statement; in accordance with 28 CFR Section 16.41, personal data to identify the individual submitting requests by mail under the privacy act of 1975, 5 U.S.C. Section 552(a), is required.

| | |
|---|---|
| Full name of requester: | Lester Jon Ruston |
| Current "temp" address: | Federal Correctional Facility |
| | P.O. Box 9000 |
| | Seagoville, Texas 75159 |
| Social Security Number: | 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 |
| D.O.B. | 9-17-57 |
| P.O.B. | Salt Lake City, Utah |
| Mothers Maiden Name: | Prins |

I hereby certify all information in this Certificate of Identity is true and correct to the best of my knowledge, pursuant to Title 28 U.S.C. § 1746, with Affiant's signature affixed below.

_____ Declarant
Lester Jon Ruston 7-09-06

-2-