UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-00224 (RMU) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF IN CAMERA FILING OF DOCUMENTS

In accordance with the Court's recent order, defendant is today submitting to the Court in camera the four documents that were withheld in full from plaintiff. These documents are marked Exhibits 1 through 4. The reasons for the withholding of these documents from plaintiff are set forth in defendant's motion for summary judgment and in the in camera declaration previously submitted to the Court. As to the first document withheld in full (Exhibit 1), defendant has asserted both Exemption (b)(7)(F) (disclosure would endanger the safety of an individual) and Exemption (b)(4) (release would harm the copyright holders of the two tests for which this exemption was asserted). Defendant has recommended that the Court find that Exemption (b)(7)(F) applies without reaching the Exemption (b)(4) issue. If the Court decides to resolve the Exemption (b)(4) exemption by finding that the exemption does not apply, then both copyright holders must be joined as parties to this action before a final decision is made.

Defendant has filed an in camera declaration in support of its assertion of Exemption (b)(7)(F). In further support of that declaration, defendant is submitting as Exhibits 5 and 6 letters that were received by an agency counsel and by undersigned counsel (Fred E. Haynes)

from plaintiff. Because of the inappropriate nature of the contents of these letters, they are not being filed on the public record. Cf. Fed. R. Civ. P. 12(f).

> Respectfully submitted,
> /s/
> FRED E. HAYNES, DC Bar #165654
> Assistant United States Attorney
> 555 4th Street, N.W. Room 4110
> Washington, D.C. 20530
> 202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing notice of in camera filing of documents (without the six exhibits to the notice) to be served by first-class mail, postage prepaid, this 6th day of February, 2007, on:

> Lester J. Ruston
> # 26834-177
> P.O. Box 9000
> Seagoville, Texas 75159

> /s/
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201