UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LESTER JON RUSTON, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 06-0224 (RMU) |
| | : | | |
| DEPARTMENT OF JUSTICE, | : | Document Nos.: | 12, 19 |
| | : | | |
| Defendant. | : | | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of March, 2007, hereby

**ORDERED** that the defendant's motion for summary judgment [Dkt. #19] is **GRANTED IN PART and DENIED IN PART**. The defendant conducted an adequate search for records responsive to the plaintiff's FOIA request, and established that the names of third parties properly are withheld under Exemption 7(C). The defendant, however, did not establish that any information properly is withheld under Exemptions 5 and 7(F). Nor did the defendant establish that it released all reasonably segregable information. In all other respects, the defendant's motion is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that the plaintiff's motion for summary judgment [Dkt. #12] is **DENIED**; and it is

**ORDERED** that, within 45 days of entry of this Order, the defendant may renew its summary judgment motion with respect to the materials withheld under Exemption 4 (Document No. 1), and may submit any other motion or report to the court it deems appropriate, whether filed on the public docket or submitted for *in camera* review.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge