UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00224 (RMU) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

PROTECTIVE MOTION FOR EXTENSION OF TIME

    Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby moves for an extension of time to May 7, 2007, for defendant to file its renewed motion for summary judgment in this case. The renewed motion is currently due on April 30, 2007. Undersigned counsel (Fred E. Haynes) is engaged in on-going discussions with the two companies that distribute the psychological tests that were withheld from release to plaintiff. It is anticipated that declarations from these companies will be submitted to the Court on the issue of why release of all or some of the test results to plaintiff would be harmful. Undersigned counsel has not attempted to contact plaintiff, who is pro se, to determine his position on this motion, due to the difficulties involved in contacting federal prisoners. (Plaintiff was found not guilty by reason of insanity on the charge that he had threatened to kill a federal magistrate judge; after a two-day hearing in March 2007, the District Court committed him to the custody of the Attorney General, after finding "by clear and convincing evidence that releasing the defendant from the custody of the Attorney General would likely create a substantial risk of bodily injury to another person or serious damage of property of another due the defendant's present mental disease or defect." Order,

<u>United States v. Lester Jon Ruston</u>, 3:04-CR-191-G (N.D. Texas, Dallas Division, March 28, 2007.)

Undersigned counsel currently anticipates that defendant can file its renewed motion for summary judgment by the April 30 deadline.  There is, however, the possibility of delay due to the need to obtain declarations from the two nonparties.  For this reason, this protective motion for an extension of time is being filed.

Attached is a draft motion that reflects the requested relief.

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney
              /s/
        FRED E. HAYNES, DC Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-00224 (RMU) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of the motion by defendant for an enlargement of time to file defendant's renewed motion for summary judgment and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to and including May 7, 2007, to file its renewed motion for summary judgment..

UNITED STATES DISTRICT JUDGE

Copies to plaintiff and counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for extension of time to be served by first-class mail, postage prepaid, this 23rd day of April, 2007, on:

>Lester J. Ruston
># 26834-177
>P.O. Box 9000
>Seagoville, Texas 75159

This is the mailing address in the docket of this Court; plaintiff has, apparently, been transferred to another facility and when that address is ascertained tomorrow, April 24, 2007, another copy of this motion will be mailed to plaintiff's new address.

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201