UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER I. RUSTON, Plaintiff,            )
                                        )
            -vs-                        ) Civil Action No. 06-00224 (RMU)
                                        )
DEPARTMENT OF JUSTICE, Defendant.       )

DECLARATION OF MARK DANIEL

I, Mark Daniel, Ph.D., hereby declare the following under penalty of perjury:

1. I am a psychologist and executive, with the title of Director, Psychometric Development, for Pearson Assessments, a business of NCS Pearson, Inc. (hereinafter referred to as "Pearson"), a Minnesota corporation located in Bloomington, Minnesota, and based on my years of experience as an executive in the psychological testing industry, and as a developer of psychological assessments, I have personal knowledge of the following, except where I declare on my information and belief in which case I truly believe that I have been correctly informed.

2. I am informed and believe that the plaintiff, a federal prisoner, has filed a Freedom of Information Act request for material related to the psychological evaluation of him that was performed by the Federal Bureau of Prisons. I have further been informed and believe that one of the documents withheld from production to plaintiff in response to his request was a document that consisted of two parts; a seventeen (17) page MMPI-2™ (Minnesota Multiphasic Personality Inventory-2) Extended Score Report followed by a two (2) page MMPI-2 bubble format answer sheet consisting of test instructions and completed bubble format answer sheet for the five hundred and sixty seven (567) questions included in the MMPI-2 test. The United States Attorney's Office for the District of Columbia has provided my office with a redacted copy of these two parts, edited to mark out the plaintiff's identifying information, actual answers and scores.

3. Pearson Assessments is exclusively licensed to distribute the MMPI-2 Extended Score Report and MMPI-2 test answer sheets on behalf its publisher, the University of Minnesota. The MMPI-2 is a clinical test of adult psychopathology used by psychologists to inform their diagnosis of mental disorders and selection of appropriate treatment methods. Pearson Assessments and the University of Minnesota have invested and continue to invest millions of dollars in developing the MMPI-2 test and its computer-generated output reports to ensure that examinees are assessed with appropriate and valid instruments. Unlike broadly used post-secondary admission tests such as the SAT (formerly



the Scholastic Aptitude Test) on which the questions are changed every year), the MMPI-2 instruments consists of a single highly researched set of items (questions) intended to be used for more than ten (10) years. Advance knowledge of the test items affects validity and reliability of the test for the person to whom the test is administered as well as persons to whom the test might be administered in the future.

4. The MMPI-2 Extended Score Report, which is computer generated in response to the information gathered on the MMPI-2 bubble-format answer sheet contains the text of "critical items" (critical items are individual test questions whose content has been judged to be indicative of serious psychopathology when answered in the scored or deviant direction). Identification of the critical items and their scored or deviant direction can result in the loss or invalidation of important diagnostic information.

5. With the worldwide publishing capability of the Internet, widespread spread dissemination of test questions and answers (which the combination of the two parts of the requested document would disclose) is a very real risk to the security, validity and future usefulness of the test and the commercial value of the test as an assessment tool for psychologists and other assessment professionals worldwide.

6. Pearson protects the security of the MMPI-2 tests. Secure test questions, answers and other materials containing secure test items are considered highly confidential, proprietary, trade secrets which Pearson takes every precaution to protect from disclosure beyond what is necessary for the administration of the tests. The MMPI-2 test and the Extended Score Report are available only to qualified professionals who are bound by the ethical standards of their profession to protect the integrity of the materials by maintaining the confidentiality of the test items and answers. Such professionals are required to attest to their qualifications and advanced degrees and provide their professional licensure number to Pearson prior to being able to purchase the MMPI-2 test. The Pearson terms of sale and use require that the purchaser abides by the qualification policy as well as the ethical rules of their profession.

7. Under the <u>Standards for Educational and Psychological Testing</u> (1999) of the American Psychological Association, psychologists and educators have an ethical duty to protect the integrity of secure tests by maintaining the confidentiality of the test items and answers by releasing test items and answers only to professionals who have the same duty. The MMPI-2 test items and Extended Score Report, under trade secret protection, are exempt from disclosure under HIPAA and other data privacy laws that except trade secrets. The computer generated MMPI-2 Extended Score Reports are protected by NCS Pearson, Inc. The Freedom of Information Act provides that "trade secrets and commercial or financial information obtained from a person and privileged or confidential" are exceptions to disclosure under the Act.

8. In addition to the immense public interest in the continued availability of reliable, valid measures of psychopathology, the University of Minnesota as the copyright holder and Pearson as the exclusive licensee have proprietary interests that deserve protection as well. The MMPI-2 was published in 1989 after Federal litigation of copyright infringement of the original MMPI test which upheld those interests. (See. Applied Innovations, Inc. v. Regents of the University of Minnesota and National Computer Systems, Inc., (emphasis added).876 F.2d 626 (8th Cir. 1989), aff'g Regents of the University of Minnesota and National Computer Systems, Inc. vs. Applied Innovations, Inc., 685 F. Supp. 698 (D. Minn. 1987)). The development of the test cost well in excess of a million dollars. The MMPI-2 test items and the Extended Score Report are expected to continue to be in continuous use for many years to come. Public disclosure of the actual test content and critical items contained in the MMPI-2 Extended Score Report is likely to damage the value of the University of Minnesota's and Pearson's investment and the viability of future editions.

9. Pearson does not object to the disclosure to the Plaintiff of the bubble form answer sheet on which the Plaintiff's responses were recorded. But the entire content of the MMPI-2 Extended Score Report should not be produced to the Plaintiff.

_____
Mark Daniel, Ph.D.

4/30/07
Date

PAIGE E. BOEGEMAN
Notary Public
Minnesota
My Commission Expires January 31, 2010