UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LET THIS BE FILED
DATE: 5/21/07
JUDGE RICARDO M. URBINA

| | |
|---|---|
| LESTER J. RUSTON, § | |
| Plaintiff, § | |
| vs. § | Civil Action No. 06-00224 RMU |
| DEPARTMENT OF JUSTICE, § | |
| Defendant, § | |

MOTION TO DISQUALIFY RICARDO URBINA

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion to Disqualify Ricardo Urbina, pursuant to 28 U.S.C. § 144, and would show this Honorable Court as follows:

I.

Plaintiff's right to a fair and impartial and "mentally competent" Judge are statutory, pursuant to 28 U.S.C. §'s 144, 453, 351 and 455. Ricardo Urbina has violated all of these statutes in this matter, and is biased and prejudiced against the indigent, ethnic Celtic Scottish and Christians, in violation of 28 U.S.C. § 453. He is further suffering from the obvious "delusion" that he is Congress, and can "legislate" from his bench, as he has rewritten State of Texas and Federal laws in this matter, and bypassed Congress. Any reasonable person could deduce that he has a bias and prejudice in this matter, and that his bias and prejudice is personal, as opposed to judicial in nature. He has further facially violated Texas Penal Code §'s 20.04, 32.43, 32.46 and 32.47 with Dr. Maureen Buriss, due to an apparent case of criminal insanity. Plaintiff seeks judicial review, pursuant to 5 U.S.C. § 701-706 and 18 U.S.C. § 1361, pursuant to the Court's holdings in the matters <u>Center for Auto Safety v. Tieman</u>, 414 F.Supp. 215 (D.C. Dist. 1976) and <u>In Re Vasquez-Botet</u>, 464 F.3d 54 (1st Cir. 2006). Ricardo Urbina has conspired with Dr. Maureen Buriss to violate Plaintiff's rights under the 5th and 6th Amendments to the U.S. Constitution, and his now using his Court, and taxpayers funds to cover it up, which allows judicial review, pursuant to 28 U.S.C. § 144 and 5 U.S.C. § 701-706, as he is violating 18 U.S.C. § 4001(a) with Buriss, as ruled in <u>Davis v. United States</u>, 417 U.S. 333, 344-45 (1974).

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Motion to Disqualify Ricardo M. Urbina, pursuant to 28 U.S.C. § 144, and does attach his affidavit in support of this motion, and does request judicial notice of such, pursuant to Rule 201 of the Federal Rules of Evidence.

Respectfully Submitted,

*[signature]*

Lester Jon Ruston #26834-177
P.O. Box 880
Ayer, Mass. 01432

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 3rd day of May, 2007, by placing such in the inmate mail box with first class postage affixed. One copy should be provided to counsel, however, the B.O.P. refuse to provide Plaintiff his property, which includes his stamp supply, in violation of the 5th, 6th and 8th Amendments to the U.S. Constitution, therefore Plaintiff refuses to serve a copy to counsel.

*[signature]*
_____
Les J. Ruston a.k.a. The Bruce

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,                §

V.                                § CIVIL ACTION NO. 06-00224 RMU

DEPARTMENT OF JUSTICE,            §

AFFIDAVIT OF LESTER JON RUSTON 28 U.S.C. § 144

My name is Lester Jon Ruston. Affiant is competent to make the following declaration, under oath of law. Affiant was ruled competent in Federal Court on September 19, 2006, and again on March 7, 2007.

A Dr. Maureen Buriss did conspire to engage in the conduct as described in Texas Penal Code § 20.04 with Armando Fernandez, Gary Fernandez and Jeffrey Don Elmore, which occurred in May of 2004.

Dr. Maureen Buriss did then conspire to conceal all writings of F.B.I. Special Agent James K. Ellis to obtain a commitment order by deception, in criminal violation of Texas Penal Code §§ 32.46 and 32.47, which occurred in Dallas County, Texas on May 5, 2005. Said conspiracy violates 18 U.S.C. § 241.

Affiant has filed for evidence in support of these "facts", and Ricardo M. Urbina has "concealed" these writings to execute an order of civil commitment by deception, in criminal violation of Texas Penal Code §§ 32.46 and 32.47 with A. Joe Fish, another racist and insane judicial officer, employed by the Justice Department under conditions of "good conduct". Both have now conspired to violate 18 U.S.C. § 4001 and have ordered affiant sent to a penitentiary, to be housed with insane and convicted criminals, without any statutory authority, in retaliation for affiant's status as a witness against them for Circuit Court Judges.

Affiant believes Urbina is a racist, and discriminates against Celtic Scottish Nationals, and people who are indigent. All allegations of fact contained in this affidavit are true and correct, to the best of affiant's knowledge and State and Federal records, sworn to under penalty of law with affiant's signature affixed, pursuant to 28 U.S.C. § 1746 and Tex.Civ.Prac. & Rem. Code § 132.002.

Dated: 5-3-07

_____ Declarant
Lester Jon Ruston