```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

LESTER J. RUSTON,           )
                            )
        Plaintiff,          )
                            )
   v.                       )   Civil Action No. 06-00224 (RMU)
                            )
DEPARTMENT OF JUSTICE,      )
                            )
        Defendant.          )
_____)
```

REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S
RENEWED MOTION FOR SUMMARY JUDGMENT

Plaintiff's opposition to defendant's renewed motion for summary judgment does not address the merits of that motion. It is, rather, an ad hominem attack on this Court, defendant, defendant's counsel, and Dr. Burris. The renewed motion for summary judgment should be granted.

                Respectfully submitted,

                JEFFREY A. TAYLOR, D.C. Bar #498610
                United States Attorney

                RUDOLPH CONTRERAS, DC Bar #434122
                Assistant United States Attorney
                      /s/
                FRED E. HAYNES, DC Bar #165654
                Assistant United States Attorney
                555 4th Street, N.W., Room E-4110
                Washington, D.C. 20530
                202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing reply memorandum is support of defendant's renewed motion for summary judgment to be served by first class mail, postage prepaid, this 29th day of May, 2007, on

>Mr. Lester Jon Ruston
>Reg. No. 26834-177
>FMC Devens
>P.O. Box 879
>Devens, MA  01434

>              /s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201