UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LESTER JON RUSTON, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 06-0224 (RMU) |
| | : | | |
| DEPARTMENT OF JUSTICE, | : | Document No.: | 36 |
| | : | | |
| Defendant. | : | | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 9th day of November, 2007, hereby

ORDERED that the defendant's renewed motion for summary judgment [Dkt. #36] is GRANTED. With the exceptions of the WAIS-III four-page summary report and the MMPI-2 two-page answer sheet, *In Camera* Exhibit 1 properly is withheld in full under FOIA Exemption 4; and it is

FURTHER ORDERED that, within 30 days of entry of this Order, defendant shall disclose to plaintiff: (1) *In Camera* Exhibits 2-4 after redacting the names of the third parties mentioned in these documents; (2) the four-page Wechsler Adult Intelligence Scale® – Third Edition (WAIS®-III) Summary Report; and (3) the two-page MMPI-2™ (Minnesota Multiphasic Personality Inventory-2) bubble format answer sheet.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICARDO M. URBINA
United States District Judge