UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER JON RUSTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0224 (RMU) |
| | : | |
| DEPARTMENT OF JUSTICE, | : | Dkt. # 43 |
| | : | |
| Defendant. | : | |

**ORDER**

On this 7th day of December, 2007, it is hereby

ORDERED that the defendant's motion for an extension of time [#43] is DENIED, and that its motion for a stay [#43] is GRANTED.  It is further

ORDERED that, within 10 days of entry of this Order, the defendant shall disclose to plaintiff the four-page Wechsler Adult Intelligence Scale® – Third Edition (WAIS®-III) Summary Report and the two-page MMPI-2™ (Minnesota Multiphasic Personality Inventory-2) bubble format answer sheet.   It is further

ORDERED that the Court's November 9, 2007 Order [#41] is STAYED insofar as it requires the defendant to release to the plaintiff *In Camera* Exhibits 2, 3 and 4 (after redacting the names of the third parties mentioned in these documents) pending a decision on whether to appeal this Court's order, and, if a party pursues an appeal, pending the disposition of the appeal by the United States Court of Appeals for the District of Columbia Circuit.

SO ORDERED.

RICARDO M. URBINA
United States District Judge