UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER J. RUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-00224 (RMU) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF NO-APPEAL DECISION

The Department of Justice has decided that the Court's final judgment in this case will not be appealed. Undersigned counsel (Fred E. Haynes) is mailing to plaintiff today (February 5, 2008) the three documents that should be released to him in light of the no-appeal decision. This case is, therefore, concluded.

Respectfully submitted,
/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

CERTIFICATE OF SERVICE

 I hereby certify that I caused a copy of the foregoing notice of no-appeal decision to be served by first-class mail, postage prepaid, this 5th day of February, 2008, on

    Mr. Lester Jon Ruston
    Reg. No. 26834-177
    FMC Devens
    Federal Medical Center
    P.O. Box 879
    Devens, MA  01434

      /s/
    Fred E. Haynes, D.C. Bar # 165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201