UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER JON RUSTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0224 (RMU) |
| | : | |
| DEPARTMENT OF JUSTICE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

On the defendant's motion, the Court stayed its November 9, 2007 Order insofar as it required the defendant to release to the plaintiff *In Camera* Exhibits 2, 3 and 4 (after redacting the names of the third parties mentioned in these documents) pending a decision on whether to appeal this Court's order, and, if a party pursued an appeal, pending the disposition of the appeal by the United States Court of Appeals for the District of Columbia Circuit. On February 5, 2008, the defendant notified the Court of its decision not to appeal and of its release of the three exhibits to the plaintiff. Proceedings in this matter have concluded.

Accordingly, on this 10th day of June, 2008, it is hereby

ORDERED that the stay granted by the Court's December 7, 2007 Order is LIFTED. It is further

ORDERED that this civil action is DISMISSED.

SO ORDERED.

RICARDO M. URBINA
United States District Judge